US009888107B2

(12) **United States Patent**    (10) **Patent No.:**     **US 9,888,107 B2**
Mamdani et al.                   (45) **Date of Patent:**      *Feb. 6, 2018

(54) **MIXED-MODE INTERACTION**

(71) Applicant: **Aeritas, LLC**, Dallas, TX (US)

(72) Inventors: **Malik Mamdani**, Dallas, TX (US);
**Patrick Johnson**, Trophy Club, TX
(US); **Kevin Bomar**, Weatherford, TX
(US); **Tim Whatley**, Irving, TX (US);
**Curtis Grant**, Flower Mound, TX (US)

(73) Assignee: **Aeritas, LLC**, Dallas, TX (US)

( * ) Notice:   Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 0 days.

This patent is subject to a terminal dis-
claimer.

(21) Appl. No.: **15/206,621**

(22) Filed:     **Jul. 11, 2016**

(65)          **Prior Publication Data**

US 2017/0099378 A1     Apr. 6, 2017

**Related U.S. Application Data**

(60) Continuation of application No. 14/142,980, filed on
Dec. 30, 2013, now Pat. No. 9,390,435, which is a
(Continued)

(51) **Int. Cl.**
*H04W 24/00*      (2009.01)
*H04M 1/725*      (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ...... *H04M 1/72547* (2013.01); *G06Q 20/322*
(2013.01); *G06Q 20/3272* (2013.01);
(Continued)

(58) **Field of Classification Search**
USPC ................................. 455/456, 414, 426, 563
See application file for complete search history.

(56)          **References Cited**

U.S. PATENT DOCUMENTS

5,305,244 A     4/1994  Newman et al.
5,973,612 A     10/1999 Deo et al.
(Continued)

FOREIGN PATENT DOCUMENTS

WO      WO0004476 A1      1/2000
WO      WO0004730 A1      1/2000

OTHER PUBLICATIONS

Dianda, et al, "Reducing complexity for converged voice/data
networks and services architecture," Bell Labs Technical Journal,
Jun. 2000.

(Continued)

*Primary Examiner* — David Q Nguyen
(74) *Attorney, Agent, or Firm* — David H. Judson

(57)          **ABSTRACT**

A user of a wireless device, such as a mobile phone, can
make purchases or obtain information via a network, such as
the Internet, using both voice and non-verbal methods. Users
can submit voice queries and receive non-verbal replies,
submit non-verbal queries and receive voice replies, or
perform similar operations that many the voice and data
capabilities of modern mobile communication devices. The
user may provide notification criteria indicating under what
conditions a notification should be sent to the user's wireless
device. When purchasing opportunities matching the
selected notification criteria become available, the user is
notified. The user can respond to the notification, and
immediately take advantage of the purchasing opportunity if
he so desires. Mixed-mode interactions can also be used by
sellers to more advantageously control the marketing of
distressed, time sensitive, or other merchandise/services.

**7 Claims, 4 Drawing Sheets**



Exhibit No.
PX-107

## US 9,888,107 B2

Page 2

### Related U.S. Application Data

continuation of application No. 13/290,115, filed on Nov. 6, 2011, now Pat. No. 8,620,364, which is a continuation of application No. 11/928,362, filed on Oct. 30, 2007, now Pat. No. 8,055,285, which is a continuation of application No. 11/803,848, filed on May 16, 2007, now Pat. No. 7,706,819, which is a continuation of application No. 11/179,386, filed on Jul. 12, 2005, now abandoned, which is a division of application No. 09/692,775, filed on Oct. 16, 2000, now Pat. No. 6,925,307.

(60) Provisional application No. 60/217,997, filed on Jul. 13, 2000.

(51) **Int. Cl.**

| | |
|---|---|
| *H04L 29/08* | (2006.01) |
| *H04W 4/12* | (2009.01) |
| *H04W 4/02* | (2009.01) |
| *G06Q 20/32* | (2012.01) |
| *G06Q 20/36* | (2012.01) |

(52) **U.S. Cl.**

CPC .............. *G06Q 20/36* (2013.01); *H04L 67/02* (2013.01); *H04L 67/04* (2013.01); *H04M 1/72561* (2013.01); *H04W 4/02* (2013.01); *H04W 4/12* (2013.01)

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,991,739 A | 11/1999 | Cupps et al. | |
| 6,317,684 B1 | 11/2001 | Roeseler et al. | |
| 6,442,242 B1 | 8/2002 | McAllister et al. | |
| 6,453,290 B1 | 9/2002 | Jochumson | |
| 6,513,063 B1 | 1/2003 | Julia et al. | |
| 6,560,456 B1 | 5/2003 | Lohtia et al. | |
| 6,563,800 B1 | 5/2003 | Salo et al. | |
| 6,580,914 B1 | 6/2003 | Smith | |
| 6,587,547 B1 | 7/2003 | Zirngibl et al. | |
| 6,587,835 B1 | 7/2003 | Treyz et al. | |
| 6,732,077 B1 | 5/2004 | Gilbert et al. | |
| 6,742,021 B1 | 5/2004 | Halverson et al. | |
| 7,376,586 B1 | 5/2008 | Partovi | |
| 7,711,100 B2 | 5/2010 | Dennis et al. | |
| 7,974,875 B1 | 7/2011 | Quilici et al. | |
| 9,390,435 B2 * | 7/2016 | Mamdani ............... | G06Q 20/04 |
| 2001/0041562 A1 | 11/2001 | Elsey et al. | |
| 2002/0168986 A1 | 11/2002 | Lau et al. | |
| 2005/0251440 A1 | 11/2005 | Bednarek | |
| 2006/0019676 A1 | 1/2006 | Miller et al. | |
| 2008/0090591 A1 | 4/2008 | Miller et al. | |

#### OTHER PUBLICATIONS

Civil Action No. 6:16-cv-1082-RWS, *Aeritas, LLC.* v. *Macys.com, LLC,* "Macy's.com, LLC's Invalidity Contentions," served Jan. 20, 2017 (in the identified litigation).

* cited by examiner



FIG. 1



FIG. 2



310 — Obtain purchase notification criteria

320 — Obtain purchase opportunity information

330 — Select purchasing opportunities

340 — Send notification of selected purchasing opportunities

350 — Receive spoken input

360 — Delivering non-verbal response

*FIG. 3*



460
All Input & Outputs...
-Device Agnostics
-Mixed Mode (Voice & Text)
-Push or Pull
430
Future Location Technology:
-Handset GPS
-Network Triangulation
465
All Input & Outputs...
-XML Based
-eCommerce support for standards
like ResettaNet, ebXML, Ariba,
CommerceOne or partner specific
Mobil Consumer Interaction
-Pushed Product Offerings
-Ad hoc requests
-Profile Management
-Schedule Information
450
NearNow
-Pub-Sub Bus
-Correlation Engine
-Speech Service
-Geodetic Services
-Profile Management
Partner Interaction
-Input Product Offerings
-mCommerce Transactions
-Comprehensive Reports
Consumer
414
Location
416
Schedule
Interests
Purchase Factors
410
412
Future packet-based migration:
-GPRS
-EDGE
-1XRTT
3G
440
415
Location
416
Schedule
Products
Selling Factors
Partner
413
420

FIG. 4

US 9,888,107 B2

1

# MIXED-MODE INTERACTION

## CROSS REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of U.S. Provisional Patent Application Ser. No. 60/217,997 filed Jul. 13, 2000 entitled "MIXED-MODE INTERACTION/MOBILE PHONE BAR CODE ET AL," of common assignee herewith.

## FIELD OF THE INVENTION

The present invention relates generally to wireless devices, and more particularly to wireless devices using mixed voice and data.

## BACKGROUND OF THE INVENTION

In addition to their more traditional functions, mobile phones and other wireless devices are currently capable of obtaining and displaying information from the Internet or other informational networks. However, unlike computers which usually have fairly large display screens, mobile phones and other relatively small wireless devices do not provide access to the Internet that is as convenient as that provided by traditional computers. Small wonder, since traditional "web browsing" was developed with conventional sized computer displays in mind.

In order to overcome the limitations imposed by the smaller display screens of earlier wireless devices, a number of options have been pursued by wireless device manufacturers and wireless service providers to provide more suitable Internet access. One of the more prevalent methods has been to make the display screen larger. Of course, given that the overall dimensions of wireless devices have decreased, physical constraints continue to limit the effectiveness of such efforts. Another method involves making more efficient use of available screen area by limiting the display to primarily textual objects. The combination of these two methods has met with some degree of success, but other obstacles to ease of use have not been overcome.

For example, traditional web browsing sometimes requires a user to enter a uniform resource locator (URL) to access a particular web page. The small size of most wireless devices makes entering text difficult, even if a keyboard-style keypad is provided. When only a standard telephone-style keypad is provided, entering text becomes that much more difficult.

The inherent difficulties associated with using small interfaces and keypads to navigate web sites is a direct barrier to the widespread adoption of many Internet-type services. For wireless devices to become popular, an easier means for interacting with the "wireless web" would be advantageous.

## SUMMARY OF THE INVENTION

Therefore, what is needed is a way to leverage the voice functionality available on many wireless devices, and the data capability associated with those same devices. Accordingly, at least one embodiment of the present invention provides a method that includes receiving spoken input from a wireless communication device, and retrieving information associated with the spoken input. The method also includes delivering, to the wireless communication device, a non-verbal response to the spoken input. The non-verbal

2

response is based on the retrieved information. In another embodiment, the input is non-verbal and the response is verbal.

Another embodiment of the present invention provides a system comprising a server configurable to receive spoken input from a wireless communication device. The server is further configurable to retrieve information associated with the spoken input and to deliver, to the wireless communication device, a non-verbal response to the spoken input. The non-verbal response is based on the retrieved information. In another embodiment, the input is non-verbal and the response is verbal.

Yet another embodiment of the present invention provides a method that includes obtaining, from a wireless communication device user, purchase notification criteria, obtaining information associated with purchasing opportunities, and selecting purchasing opportunities based, at least in part, on the purchase notification criteria. The method further includes notifying the user of selected purchasing opportunities via a wireless communication device, receiving spoken input from the wireless communication device in response to the notification, and delivering, to the user's wireless communication device, a non-verbal response to the spoken input. In another embodiment, the input is non-verbal and the response is verbal.

An advantage of at least one embodiment of the present invention is that obtaining information from the Internet is more convenient than using conventional wireless Internet access methods.

Another advantage of an embodiment of the present invention is that making purchases from the Internet is easier than using conventional wireless purchasing methods.

An additional advantage of at least one embodiment of the present invention is that merchants, suppliers and vendors can more effectively market distressed, time sensitive, location sensitive or general inventories of goods or services.

Yet another advantage of an embodiment of the present invention is that suppliers can more easily communicate with potential customers in a manner preferred by the customer, thereby increasing customer responsiveness.

A further advantage is that various methods according to the present invention can be implemented using the voice and data capabilities of existing wireless devices.

## BRIEF DESCRIPTION OF THE DRAWINGS

Other objects, advantages, features and characteristics of the present invention, as well as methods, operation and functions of related elements of structure, and the combination of parts and economies of manufacture, will become apparent upon consideration of the following description and claims with reference to the accompanying drawings, all of which form a part of this specification, wherein like reference numerals designate corresponding parts in the various figures, and wherein:

FIG. **1** is a block diagram illustrating various types of communication paths between a mobile subscriber and a server, according to one embodiment of the present invention;

FIG. **2** is a block diagram of a system for conducting mixed-mode electronic commerce transactions according to one embodiment of the present invention;

FIG. **3** is a flow diagram illustrating an "impulse" purchase transaction according to one embodiment of the present invention; and

US 9,888,107 B2

3

FIG. **4** is a block diagram representing a business model according to at least one embodiment of the present invention.

## DETAILED DESCRIPTION OF A PREFERRED EMBODIMENT OF THE INVENTION

FIGS. **1-4** illustrate a mixed voice/data wireless system that can be used in conducting Internet commerce. As discussed in greater detail below, various embodiments of such a mixed-mode wireless system allow wireless customers to make voice requests from their wireless devices and receive data responses using the same, or different wireless devices. Alternatively, non-verbal requests can be made and verbal responses received.

Referring first to FIG. **1**, various mixed communication paths between a mobile subscriber **110** and a web server **150** will be discussed. Mobile subscriber **110** preferably includes individuals who are using wireless devices having both voice and data capabilities, however in at least one embodiment a combination of one device having voice capabilities and another device having data capabilities can be used. Primary examples of devices having both voice and data capabilities are certain cellular and PCS telephones. Devices having only voice capabilities include older mobile phones, two-way radios and the like, while devices having data capability include pagers, personal digital assistants (PDAs), most common portable computers, and the like.

In at least one embodiment, mobile subscriber **110** initiates communication with web server **150** by issuing a voice request for information via voice request/response channel **112**. Voice request/response channel **112** includes any necessary cellular or PCS stations, telephone lines, repeaters, routers, communications switches, etc. which are commonly used in making voice calls from a mobile phone or other wireless device. The voice request is received by the speech services **155** of web server **150**, which translates the voice request into a data format more suitable for processing by web server **150**. Web server **150**, using data transformation services **240** or otherwise, retrieves the information requested by mobile subscriber **110** by accessing data sources **190**. Data sources **190** are preferably accessible through a network, such as the Internet, but may include privately accessible data sources under the control of the same person or organization controlling web server **150**. Once web server **150** has retrieved the necessary information from data sources **190**, the information is delivered to mobile subscriber **110** in a non-verbal format.

In other embodiments, mobile subscriber **110** initiates communication using a non-voice request submitted via user-initiated lookup channel **118**, and voice request/response channel **112** is used to deliver a response to the non-voice request. The non-verbal request is processed by web server **150**, and the results are converted to voice format using speech services **155**. The voice formatted results are then provided to mobile subscriber **110** via voice request/response channel **112**. Except where specifically noted, throughout the remainder of this document, reference to procedures, events, methods, etc., in which a mobile subscriber initiates communication via a voice request and receives a non-verbal response are intended to cover the converse situations in which the user initiates communication via non-verbal means and receives a voice response.

As discussed above, a preferred embodiment of the present invention uses both verbal and non-verbal request/reply formats. A number of non-verbal request/reply formats can be used in implementing the present invention, and various

4

embodiments employ different combinations of one or more suitable reply formats. One such reply format is a wireless markup language (WML) response. WML is a data format similar to hypertext markup language (HTML), except that WML is tailored for use in delivering Internet or other content to mobile phones and other similar wireless devices, while HTML is more commonly used to deliver content to conventional processing systems such as laptop computers, desktop computers and workstations. WML allows wireless devices conforming to the Wireless Application Protocol (WAP) to implement a web browser for display of information on a screen, in a manner similar to the way HTML compliant web browsers are used to display information on computers with larger screens. WML, like HTML, is tag-based, and supports text and image presentation, data input and forms. WAP compliant wireless devices commonly allow users to enter text by pressing number keys. In addition to WML and HTML, various embodiments of the present invention use modified HTML, Palm Query Access (PQA) or other suitable protocols. Note that in the following discussion, WML is used for exemplary purposes only, that the discussion applies equally to other suitable protocols including, but not limited to, those mentioned above.

When it is desired to send a WML request, or a WML response to a voice request, the WML request/response is sent via a WML response channel **114**, which includes a WAP gateway **160**, which formats the response according to WAP protocols for use with a wireless network. In a preferred embodiment of the present invention, WAP gateway **160** is an existing third party gateway, various implementations of which can be utilized in implementing the present invention. If a version of WML, such as WML 1.1 requires an active browser session to exist, a user having only a single wireless device would need to terminate the voice call that was used to send the voice request over voice request/response channel **112**, and initiate a browser session in order to receive the WML response. To accommodate this eventuality, delivery of the response could be delayed for a sufficient amount of time to allow the user to initiate the required browser session. Other versions of WML, such as WML1.2, can provide the ability to deliver WML data without the need to initiate an active browser session. The use of a protocol that does not require an active browser session for message transmission, negates the need for a user to terminate a voice call before receiving a WML response.

Another non-verbal request/reply format that can be employed according to one embodiment of the present invention is a short messaging service (SMS) message. SMS is a "push" based protocol that can push short text messages to mobile phones and similar devices. Push technology is a client/server based model in which a server initiates information exchange with a client. Push transactions are the opposite of pull transactions, in which clients initiate information exchanges with servers. Those skilled in the art will recognize that conventional web browsers employ primarily pull transactions to retrieve information from desired Internet addresses through the use of uniform resource locators (URLs). It should be noted, however, that even though SMS messages are examples of the push model, SMS messages may be used in conjunction with pull protocols.

Consider, for example a mobile subscriber **110** who is driving through an unfamiliar city. Mobile subscriber **110** uses his mobile phone to make a voice request to receive information about restaurants that are near his present location. The voice request is delivered to web server **150**, via voice request/response channel **112**, and web server **150** uses speech services **155** to interpret the voice request. Web

US 9,888,107 B2

5     6

server **150** uses the interpreted voice request to gather information from data sources **190**, which may include Internet sites and/or other information sources. In one embodiment, the information gathered by web server **150** could be the URL of a local entertainment web site that includes the name and location of restaurants in the area. In such an embodiment, web server **150** pushes the URL back to mobile subscriber **110** in an SMS message via an SMS message channel **116** that includes SMS gateway **170**. As with WAP gateway **160**, SMS gateway **170** is preferably a third party system used in implementing various embodiments of the present invention. The user can then view the SMS message, and use the URL to launch a browser that would retrieve (pull) the web page indicated by the URL. In another embodiment, specific pieces of information gathered by web server **150** are compiled into a text SMS message that is delivered to mobile subscriber **110** in place of or in addition to a URL. By providing specific pieces of information in an SMS text message, there is no need for a user to start a browser session to retrieve the desired information.

Simple mail transport protocol (SMTP) is used to deliver a non-verbal response to mobile subscriber **110** in another embodiment. SMTP is one type of electronic mail (e-mail) protocol, and allows information gathered by web server **150** to be delivered to mobile subscriber **110** as an e-mail message or attachment. The information is preferably formatted as a text e-mail message, and delivered through SMTP gateway **180** and SMS gateway **170** to mobile subscriber **110**. In the above example, instead of initiating communications using a voice request, mobile subscriber **110** could have delivered an SMTP formatted e-mail request, and the web server **150** could have delivered a voice response to the SMTP request.

In another embodiment of the present invention, mobile subscriber **110** sets a bookmark to easily access the URL of a results page. Mobile subscriber **110** delivers a voice request to web server **150** via user-initiated lookup channel **118**. Web server **150** gathers the information requested, and writes the information to a predetermined results page. Mobile subscriber **110** then retrieves the information from the predetermined results page using the bookmarked URL. The bookmarked URL can be activated by typing the URL into an address bar, selecting an icon displayed on a screen, activating a predetermined button or series of buttons on the mobile device being used by mobile subscriber **110**, or by any other suitable method.

The preceding discussion has discussed FIG. **1** largely as a system in which mobile subscriber **110** provides a voice request, and web server **150** responds with a non-verbal reply. As noted earlier, however, the present invention may also be used "in reverse," such that mobile subscriber **110** provides a non-verbal request for information using a suitable protocol, such as SMTP, SMS or WML as previously described, and web server **150** provides a verbal response to mobile subscriber **110** via voice request/response channel **112**. Numerous suitable combinations of voice and data interactions and protocols between mobile subscriber **110** and web server **150** may be implemented according to the principles set forth herein.

Referring next to FIG. **2**, a functional diagram of a mixed-mode system is illustrated, and designated generally by reference numeral **200**. Services **250** that mixed-mode system **200** can use in implementing various embodiments of the present invention include, but are not limited to, voice wallet **252**, rules engine **254**, database **256**, and location services **259**. HTTP server **220** accesses services **250** through data transformation service **240** and message bus

**270**. Data transformation service **240** is also used to interface with notification server **230**, and external commerce servers **260**. User devices **210**, which have been discussed in relationship to mobile subscriber **110** in FIG. **1**, can interface with HTTP server **220** directly, or through speech services **155**. Additionally, notifications can be delivered to user devices **210** through speech services **155** or directly from notification server **230** using various non-voice protocols, as previously discussed. Mixed-mode system **200** can receive content through content input **215**. It should be noted that notifications, both verbal and non-verbal, are preferably session oriented. By providing session oriented notifications, mobile subscriber **100** (FIG. **1**) can "drill-down" through multiple menu levels.

In one example of how mixed-mode system **200** can be used, mobile subscriber **110** (FIG. **1**) sends a voice request from user devices **210** to HTTP server **220**, via speech services **155**. User devices **210** preferably include mobile phones or other user devices capable of both voice and data communications. However, in at least one embodiment, one device is a voice capable device, for example an older cellular telephone, and another device is data only enabled, such as some PDAs. These two devices can be used in combination to implement a mixed-mode system capable of sending voice requests and receiving data replies, or sending data requests and receiving voice replies.

Speech services **155** may include any suitable combination of hardware and software needed for speech recognition and/or translation. In one embodiment, speech services **155** is used to translate spoken requests into suitably formatted data for use by HTTP server **220**. In other embodiments, speech services **155** is used to translate replies from HTTP server **220** into speech for delivery to a voice capable user device **210**. Speech services **155** may also be used in conjunction with voice wallet **252**, as subsequently discussed.

Content received through content input **215** can be either voice content that is routed to HTTP server after translation by speech services **155**, or data content delivered directly to HTTP server **220**. The content can include recorded audio and/or visual content for display, various types of information to be stored in database DBMS **256**, or any other suitable type of content that may provide value or aid in implementing the present invention.

HTTP server **220** employs services **250** to fulfill requests from user devices **210**. HTTP server **220** accesses services **250** through data transformation service **240**, which in turn uses message bus **270**. Data transformation service **240** supplies application program interfaces (APIs) for creating extensible markup language (XML) documents, as well as converting between different XML document dialects that may be employed by external commerce systems **260**, or other external systems and devices. Various suitable scripting languages may be employed to perform these functions consistent with the objects of the present invention.

External commerce systems **260** include Internet web sites and web pages, private systems maintained by companies for inventory, scheduling, transportation, or other similar systems. External commerce systems **260** may be utilized to allow mobile subscriber **110** (FIG. **1**) to make purchases directly from merchants in control of external commerce systems **260**. Alternatively, external commerce systems **260** may supply information for storage in database DBMS **256** or for use by other services **250**. Message bus **270** is used to add publish/subscribe capabilities to mixed-mode system **200**, in addition to providing greater interoperability with

US 9,888,107 B2

7

external systems, improved internal modularity within mixed-mode system **200**, and enhanced scalability.

Services **250** are used to provide value to mobile subscribers **110** (FIG. **1**) employing user devices **210** to make queries and receive responses. In at least one embodiment, voice wallet **252** provides a secure, yet easily accessible voice authenticated storage area for sensitive purchasing information. Voice wallet **252** allows for storage of credit card numbers, expiration dates, personal identification numbers (PINs), and other information that may be used for purchasing transactions. Once a user stores purchasing information in his voice wallet **252**, he does not need to enter the information again. To conduct purchase transactions, the user need only speak a predetermined phrase to recall any necessary transaction information, thereby eliminating the need to enter information each time a new purchase transaction is desired.

In at least one embodiment, the predetermined phrase is a user's phone number, or other non-secure phrase. To initialize security on his voice wallet **252**, the user simply speaks the phrase, and the phrase is recorded. When the user desires to access his voice wallet **252**, he need only speak the predetermined phrase into user device **210**, which transmits the spoken phrase through speech services **155** to voice wallet **252**. Voice wallet **252** compares the spoken phrases characteristics with the characteristics of the recorded phrase to determine if the speaker is authorized access to voice wallet **252**. Using a voice authentication system to secure sensitive credit card information can relieve the user of tedious data entry, while providing an extremely high level of security.

Another service, rules engine **254** works in conjunction with information stored in database DBMS **256**, and information received from external commerce system **260** and content input **215**. Rules engine **254** correlates consumer interests with inventory attributes such as price, location and quantity, and with dynamic attributes such as time and threshold. The rules engine may be considered to be dual sided, inasmuch as one side performs evaluations of the interest rules and the other side evaluates and executes notification rules. In a preferred embodiment, each rule contains two sets of information. The first set of information is a 1 to n list of conditions and their Boolean relationships. The second set of information is a 1 to n list of actions to be taken when particular rules are evaluated as true. A very basic example is a rule that specifies sending an SMS message listing local produce suppliers with excess inventory in response to a standing request for notification of produce available for purchase at three o'clock every business day.

Much of the information upon which rules engine **254** operates is stored in database DBMS **256**. DBMS **256** preferably includes user profiles database **257** and inventory database **258**. Additional and/or different databases may be employed consistent with the objects of the present invention. Inventory database **258** may include information received from external commerce servers **260** and content input **215**. User profiles database **257** preferably includes information associated with user preferences and purchasing patterns, shipping addresses, payment information, and the like. Some of this information is preferably supplied by mobile subscriber **110** (FIG. 1) through user devices **210**, and other information is gleaned from past user actions. It will be appreciated that user profiles database **257** can include any suitable information that may be useful in providing mobile subscriber **110** pertinent information regarding available purchasing options or otherwise.

8

Inventory database **258** preferably includes information regarding available merchandise, services, accommodations, or other items available for purchase. Preferably, inventory database **258** is updated frequently by external commerce systems **260**, so that the information in inventory database **258** accurately reflects currently available purchasing opportunities. In at least one embodiment of the present invention, information in user profiles database **257** is compared against currently available purchasing opportunities stored in inventory database **258** using rules engine **254** to determine when, and what type of notification should be sent to particular mobile subscribers **110**.

In addition to the information stored in database DBMS **256**, rules engine **254** may use information from location services **259** to determine when a notification should be sent to a particular one of user devices **210**. Location services **259** are responsible for location determination and searching functions. These functions include, but are not limited to, geocoding addresses, route plotting, dynamic positioning, geodetic database searches, and the like. Once a mobile subscriber's position has been determined, rules engine **254** can use the position information to identify purchasing opportunities that are geographically relevant to the mobile subscriber **110**. Location services **259** can be used in conjunction with information from inventory database **258**, external commerce systems **260** or content input **215** to ensure that only relevant information is delivered to mobile subscriber **110**. For example, if a mobile subscriber **110** is on a business trip, and submits a request to find a tailor, the user probably has no use for the phone number of a tailor in his home city, rather, he is likely to be interested only in finding a tailor near his current location. It will be appreciated that various locating mechanisms, including the use of global positioning satellite coordinates, user supplied coordinates, and location information available from cellular and PCS telephone systems, can be used without departing from the spirit and scope of the present invention.

Referring next to FIG. **3**, a method of using a mixed-mode system to conduct commerce will be discussed according to one embodiment of the present invention. The method begins at step **310**, in which purchase notification criteria is obtained. Preferably, purchase notification criteria include specific circumstances or events identified by the user, the occurrence of which should trigger a notification. For example, a collector may specify that he wants to be notified of any Elvis memorabilia being offered for sale in a set geographical area around the collectors home. In other embodiments, additional notification criteria obtained or derived from sources other than the user may be employed consistent with the objects of the present invention. In addition to selecting conditions for notification, the collector may specify the type of notification he wishes to receive. For example, if the Elvis memorabilia is priced over $1,000 dollars, he may desire to receive an SMTP e-mail message on his mobile phone. If, however, the memorabilia is priced below $100 dollars, the collector may wish to receive an SMS message indicating contact information for the seller. In at least one embodiment, the notification may take the form of a voice notification via a mobile phone. Other notification methods have been discussed with reference to FIG. 1.

Once the purchase notification criteria have been obtained in step **310**, purchasing opportunity information is obtained in step **320**. Purchasing opportunity information includes, but is not limited to, description of the item for sale, price, availability, location, and similar information. Purchasing opportunity information may be stored in a database, such as

US 9,888,107 B2

9

inventory database **258** in FIG. **2**, or may be obtained via the Internet or otherwise in a near-real-time fashion.

The method continues with step **330**, in which purchasing opportunities are selected from the purchasing opportunities obtained in step **320**. This selection is preferably based on the purchasing notification criteria obtained in step **310**. In effect, step **330** looks for purchasing opportunities supplied by merchants that match notification criteria supplied by consumers. When a match is found, the method proceeds to step **340**, and the mobile subscriber is notified of selected purchasing opportunities that meet the notification criteria. Various methods that can be used to provide user notification of purchasing opportunities have already been discussed earlier.

In at least one example, when the notification is sent to a user, the user's mobile device may provide an audible, visual or tactile alert to make the user aware that a notification has been received. The alert may be a special ringing or vibrating pattern, or any other suitable alert, including a standard ring, beep, etc. The user may respond to the notification to which he has just been alerted with a voice request to take advantage of one or more of the selected purchasing opportunities. In at least one embodiment, either voice or data notifications establish notification session, which incorporate drill-down type menus, so that the user can obtain more detailed or specific information.

In step **350** the user's voice request is received and processed by mixed-mode system **200** (FIG. **2**). The processing may include accepting a purchase order, providing additional information regarding purchasing opportunities, altering the notification criteria, or otherwise. In many cases, a non-verbal response is delivered to the user's wireless device in response to the spoken request, in the same manner as the original notification was delivered.

Note that while a particular embodiment of a method according to the present invention has been discussed, numerous suitable variations may be employed in implementing the present invention. For example, in step **350**, the user may provide non-verbal input, such as depressing a "yes/no" button or a designated sequence of keys, instead of providing spoken input. In addition, step **360** may deliver a verbal response instead of a non-verbal response. Additionally, the original notification provided in step **340** could be delivered in the form of a voice call that notifies the user of purchasing opportunities. Finally, various steps may be omitted or added. For example, in one embodiment, the user sends a voice and/or data request for information without first being prompted by a notification. The request may or may not be for information related to a purchase, and various embodiments of the present invention may be used for accessing the Internet or performing other purchase or non-purchase related tasks according to the mixed-mode principles set forth herein.

Referring next to FIG. **4**, a basic business model according to one embodiment of the present invention will be discussed. Consumer **410** is assumed to be concerned with three main purchasing factors: scheduling **412**, location **414**, and interests **416**. Scheduling **412** takes into account whether or not a purchasing opportunity is available when needed. For example, if a consumer **410** needs to purchase a new suit before an important meeting in two weeks, then a sale beginning a month later does not meet the scheduling concerns of consumer **410**. Location **414** is related to the current location of consumer **410**; if consumer **410** is in California, he is unlikely to be interested in a renting a car in New York. Finally, interests **416** are related to user preferences. If consumer **410** indicates that he is interested

10

in purchasing a multi-family rental property on the North side of town, he is unlikely to appreciate being notified every time a single family dwelling on the South side of town comes on the market. However, when a particular purchasing opportunity satisfies all three of these factors, consumer **410** is likely to consider taking advantage of that purchasing opportunity.

One purchasing factor that immediately comes to mind in most cases is a price criterion. It will be appreciated that while not specifically illustrated, price may be included as an element of interests **416**. Continuing with the previous example, if the consumer wishes to purchase a multi-family rental property in a particular price range, then notifying the consumer of opportunities that are significantly out of that range would likely be undesirable. Various methods of specifying a price range of interest can be employed without departing from the spirit and scope of the present invention. One example of how price ranges can be used is, by asking a user to select a "price tolerance preference" during an initial configuration phase, and presenting to the user opportunities having prices within this specified "price tolerance." It will be appreciated that interests **416** are not limited to price interests; instead interests **416** include any suitable user preferences that may be associated with particular items, services, objects and the like.

Partner **420** has goods, services, real-estate, information, or other items available for purchase. Partner **420** is concerned with selling factors including product schedule **413**, product location **415** and products **416**. Product schedule **413** relates to the availability of the product for sale, and product location **415** relates to where the product is physically located. For example, if partner **420** is a nationwide chain of automobile dealerships with a large inventory of unsold four-wheel drive trucks in Atlanta, but has a limited inventory of the same four-wheel drive trucks in Dallas, partner **420** will be most interested in attempting to sell the excess vehicles in Atlanta. The nature and quantity of products **416** to be sold are also a factor to be considered.

In at least one embodiment, a service provider employs a system **450** to correlate the purchase factors that are important to consumer **410**, with the selling factors used by partner **420**. When selling factors align with purchase factors, a notification of purchasing opportunities can be provided to the consumer. As illustrated in FIG. **4**, system **450** is expandable to provide integration with both presently available resources, as illustrated by consumer input/output technologies **460** and partner input output technologies **465**, and expected future technological advances, such as future packet-based migration **440** and future locator technology **430**.

In summary, consider the following examples of particular mixed-mode transactions according to different embodiments of the present invention. In a first embodiment, an individual is at a shopping mall, and notices a surfboard on sale for "50% off." Wanting to know if the advertised sale price is really a bargain, he uses his mobile phone to place a voice request for surfboard prices. The request is received and translated by a system similar to the one described in FIG. **2**. The system access its own databases, and finds some relevant information. Next the system searches the Internet, and retrieves information about surfboard prices from a dedicated surfboard resale web site. The system combines the information from the website and the database, and formats the information into an SMS text message. The SMS text message is used to send the combined information to the individual's mobile phone, which beeps upon receipt of the message to alert the user. The mobile phone user then views

US 9,888,107 B2

11                                        12

the information received, but wants more information about a particular surf board listed in the message. In at least one embodiment, the SMS text message includes drill-down menu capability. One way of providing drill-down capability is by including a WML tag in the SMS text message, thereby allowing the user to access a URL where more information can be found. The user selects the WML tag, which causes his mobile phone to initiate an active browser session and automatically direct him to the web site identified by the URL. The user now has all the information he needs to make an informed decision.

In a second example, consider a mobile subscriber **110** as discussed in FIG. **1**. In this example, mobile subscriber **110** is an executive of a food preparation corporation seeking new freezing equipment to use in the freezing and preparation of frozen dinners. Since mobile subscriber **110** is interested in equipment used in frozen food preparation, he configures notification criteria specifying that when any cryogenic freezers become available for sale, he is to be notified by receipt of both an e-mail notification and a voice notification. Meanwhile, a small startup company begins manufacturing a new type of cryogenic freezer, and is looking for buyers. The small company partners with a provider of mixed-mode wireless systems, and allows the provider to advertise the new freezer to interested parties. The provider, through the use of various rule systems discussed earlier, matches the executive's notification criteria with the partner's selling criteria, and determines that a notification should be made.

The executive is called on his mobile phone, and a computer generated voice message is delivered, notifying him of the opportunity to purchase the freezer. At the same time, an e-mail message containing relevant information is delivered to his mobile phone. The executive may respond to either the voice notification or the e-mail message using either verbal or non-verbal means. As noted earlier, both the verbal notification and the non-verbal notification are preferably session oriented, thereby providing drill-down menu capabilities. Assuming that the executive responds to the voice notification by indicating that he wishes to purchase the freezer, he may be asked to speak a predetermined phrase to access his voice wallet, thereby allowing the purchase to be completed. Confirmation of the purchase can be sent to the executive's mobile phone using various messaging and/ or voice formats.

In this third example, consider a mother running errands with her children. On her way home after a hectic shopping day, she realizes that she has forgotten to get one item; she needs to find a particular brand of pants in a hard to find size. Rather than going from store to store trying to find the needed pair of pants, she places a call on her web capable mobile phone and places a verbal request for the location of a store that has the needed pants in stock. She hangs up the phone, and moments later her phone beeps, alerting her that she has received and SMS message. The SMS message, generated as discussed earlier, has a location map of a store in her vicinity that keeps the desired pants in stock. She may then drive to the store and pick up the item. Alternatively, she may send a response to the SMS message (either verbal or via the web capabilities of her mobile phone) and request that the store put a hold on the pants. The store may, in turn, reply to the request for a hold by calling the mother on her mobile phone (or sending another SMS message), confirming that the pants are indeed on hold.

Consider now a final example of how an embodiment of the present invention may be employed in assisting a sales representative to more effectively manage distressed inventory. Assume that a sales representative for a candy company has a large lot of candy that is approaching the end of its storage life, and needs to be sold quickly. Just prior to attending an out-of-town conference meeting, the sales representative uses his wireless enabled mobile phone to verbally request a report on the number of units of candy sold in the past twenty-four hours. During the meeting, the sales representative receives a non-verbal response to his request for a sales report. The sales representative notes that sales are not proceeding as quickly as he would like, and so he sends a non-verbal reply to the non-verbal response, indicating that the candy's price should be reduced by ten percent.

In the preceding detailed description, reference has been made to the accompanying drawings which form a part hereof, and in which are shown by way of illustration specific embodiments in which the invention may be practiced. These embodiments, and certain variants thereof, have been described in sufficient detail to enable those skilled in the art to practice the invention, and it is to be understood that other suitable embodiments may be utilized and that logical, mechanical, chemical and electrical changes may be made without departing from the spirit or scope of the invention. To avoid unnecessary detail, the description omits certain information known to those skilled in the art. The preceding detailed description is, therefore, not intended to be limited to the specific forms set forth herein, but on the contrary, it is intended to cover such alternatives, modifications, and equivalents, as can be reasonably included within the spirit and scope of the appended claims.

The invention claimed is:

**1**. Apparatus, comprising:

a processor;

computer memory holding computer program instructions to:

    receive first data indicating a permission to provide a mobile device user a notification, the notification having an associated notification criteria;

    at a given time, determine a location of a mobile device;

    based at least in part on a determined location of the mobile device and the notification criteria, to provide to the mobile device the notification, the notification being associated at the mobile device with one of: an audible, visual and tactile alert;

    receive second data as a result of an input being received at the mobile device following the notification;

    retrieve information associated with the input and the determined location of the mobile device; and

    provide to the mobile device a response to the input, the response based on the retrieved information;

    wherein the location of the mobile device is based in part on other data received from the mobile device user.

**2**. The apparatus as described in claim **1** wherein the computer program instructions comprise a rules engine.

**3**. The apparatus as described in claim **1** wherein the input is one of:

a spoken input, and a non-verbal input.

**4**. The apparatus as described in claim **1** wherein the location of the mobile device is based in part on other data received from the mobile device user.

**5**. Apparatus, comprising:

a processor;

computer memory holding computer program instructions to:

US 9,888,107 B2

13

receive first data indicating a permission to provide a mobile device user a notification, the notification having an associated notification criteria;

at a given time, determine a location of a mobile device;

based at least in part on a determined location of the mobile device and the notification criteria, to provide to the mobile device the notification, the notification being associated at the mobile device with one of: an audible, visual and tactile alert;

receive second data as a result of an input being received at the mobile device following the notification;

retrieve information associated with the input and the determined location of the mobile device; and

provide to the mobile device a response to the input, the response based on the retrieved information;

wherein the computer program instructions comprise a rules engine that comprises first and second components, a first component that evaluates the notification criteria, and a second component that executes notification rules.

6. The apparatus as described in claim 5 wherein the rules engine comprises one or more rules, wherein a particular rule comprises a 1-to-n list of conditions and their Boolean relationships, and a 1-to-n list of actions to be taken when the particular rule is evaluated as being met.

7. The apparatus as described in claim 6 further including a database management system (DBMS), and wherein data associated with the particular rule is stored in the DBMS.

* * * * *