US007933589B1

(12) **United States Patent**
Mamdani et al.

(10) Patent No.: **US 7,933,589 B1**
(45) Date of Patent: *Apr. 26, 2011

(54) **METHOD AND SYSTEM FOR FACILITATION OF WIRELESS E-COMMERCE TRANSACTIONS**

(75) Inventors: **Malik Mamdani**, Dallas, TX (US); **Curtis Grant**, Flower Mound, TX (US); **Patrick Johnson**, Trophy Club, TX (US); **Kevin Bomar**, Weatherford, TX (US); **Tim Whatley**, Irving, TX (US)

(73) Assignee: **Aeritas, LLC**, Dallas, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 397 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/690,213**

(22) Filed: **Oct. 17, 2000**

**Related U.S. Application Data**

(60) Provisional application No. 60/217,997, filed on Jul. 13, 2000.

(51) **Int. Cl.**
**G06F 17/60** (2006.01)

(52) **U.S. Cl.** ....................................... **455/414.1**; 705/75

(58) **Field of Classification Search** .................. 455/414, 455/566, 563, 550, 411, 410, 556.1, 556.2, 455/414.1; 705/26, 64, 20, 14, 1, 5, 6, 14.38, 705/14.37, 4, 75; 345/690; 235/382, 462.45, 235/462.64, 456, 372, 462.46, 472.01, 472.02, 235/454, 383, 375, 462.01, 462.09, 462.1; 340/825.44, 5.2, 5.86; 713/176, 161, 168; 726/7, 8, 20, 30
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,151,684 | A | 9/1992 | Johnsen |
| 5,590,038 | A | 12/1996 | Pitroda |
| 5,789,732 | A | 8/1998 | McMahon et al. |
| 5,875,437 | A | 2/1999 | Atkins |
| 5,991,410 | A | 11/1999 | Albert et al. |
| 5,991,749 | A | 11/1999 | Morrill, Jr. |
| 6,016,476 | A | 1/2000 | Maes et al. |
| 6,023,688 | A | 2/2000 | Ramachandran et al. |
| 6,041,374 | A | 3/2000 | Postman et al. |
| 6,085,976 | A | 7/2000 | Sehr |
| 6,105,010 | A | 8/2000 | Musgrave |
| 6,175,922 | B1 | 1/2001 | Wang |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CA | 2 368 377 | A1 | 10/2000 |

(Continued)

OTHER PUBLICATIONS

"50 things you can do with a cell phone (part 51)"; http://www.mcommercetimes.com/Solutions/67.

*Primary Examiner* — George Eng
*Assistant Examiner* — Khawar Iqbal
(74) *Attorney, Agent, or Firm* — David H. Judson

(57) **ABSTRACT**

A method for facilitating a wireless transaction includes communicating a transaction request from a wireless communication device to a transaction apparatus and communicating a spoken authentication code from the wireless communication device to the transaction apparatus. After the spoken authentication code is authenticated, a transaction code is received by the wireless communication device. After receiving the transaction code, the transaction code is displayed on and optically scanned from a visual display of the wireless communication device.

**42 Claims, 11 Drawing Sheets**



**US 7,933,589 B1**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,269,342 | B1 | 7/2001 | Brick et al. |
| 6,310,966 | B1 | 10/2001 | Dulude et al. |
| 6,315,195 | B1 | 11/2001 | Ramachandran |
| 6,393,305 | B1 * | 5/2002 | Ulvinen et al. ............... 455/563 |
| 6,411,807 | B1 * | 6/2002 | Amin et al. ................ 455/432.3 |
| 6,473,739 | B1 * | 10/2002 | Showghi et al. ................. 705/26 |
| 6,493,110 | B1 * | 12/2002 | Roberts ........................... 358/1.2 |
| 6,496,809 | B1 * | 12/2002 | Nakfoor ........................... 705/80 |
| 6,529,584 | B1 * | 3/2003 | Ravago et al. ............... 379/67.1 |
| 6,685,093 | B2 * | 2/2004 | Challa et al. ............. 235/462.46 |
| 2001/0005840 | A1 * | 6/2001 | Verkama ......................... 705/67 |
| 2001/0016825 | A1 | 8/2001 | Pugliese, III et al. |
| 2001/0034717 | A1 * | 10/2001 | Whitworth ....................... 705/64 |
| 2001/0044324 | A1 * | 11/2001 | Carayiannis et al. ......... 455/564 |
| 2001/0052545 | A1 | 12/2001 | Serebrennikov |
| 2001/0054111 | A1 | 12/2001 | Lee et al. |
| 2002/0004746 | A1 * | 1/2002 | Ferber et al. .................... 705/14 |
| 2002/0023027 | A1 | 2/2002 | Simonds |
| 2002/0195495 | A1 | 12/2002 | Melick et al. |
| 2003/0105641 | A1 * | 6/2003 | Lewis ............................... 705/1 |
| 2003/0163373 | A1 * | 8/2003 | Cornateanu ..................... 705/14 |
| 2003/0182242 | A1 | 9/2003 | Scott et al. |
| 2004/0019792 | A1 | 1/2004 | Funamoto et al. |
| 2007/0246538 | A1 * | 10/2007 | Melick et al. ........... 235/462.01 |

## FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | 100 05 487 | A1 | 8/2001 |
| EP | 0 950 968 | A1 | 10/1999 |
| GB | 2362012 | | 11/2001 |
| GB | 2379052 | | 2/2003 |
| JP | 08016740 | A | 1/1996 |
| JP | 10021305 | A | 1/1998 |
| JP | 410305904 | A * | 11/1998 |
| WO | WO 00/03328 | * | 1/2000 |
| WO | WO 00/62260 | | 10/2000 |
| WO | WO 0060436 | | 10/2000 |
| WO | WO 0070525 | | 11/2000 |
| WO | WO 0074406 | | 12/2000 |
| WO | WO 0116813 | | 3/2001 |
| WO | WO 0145058 | | 6/2001 |
| WO | WO 0163375 | | 8/2001 |
| WO | WO 0182301 | | 11/2001 |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3A



Receiving First Transaction Barcode (FTB)
201'
Scanning FTB
202'
204'
Decoding Scanned FTB
204a'
Correlating Decoded FTB Information To First Fulfillment Event
204c'
204b'
Communicating First Fulfillment Verification (FFV)
Performing First Fulfillment Event
206'
208'
Receiving Second Transaction Barcode (STB)
210'
Scanning STB
212'
Decoding Scanned STB
212a'
Correlating Decoded STB Second To Second Fulfillment Event
212c'
212b'
Communicating Second Fulfillment Verification (SFV)
Performing Second Fulfillment Event
214'

FIG. 3B



300
304
314
Transaction Fulfillment System
Radio Transceiver
304a
Barcode Reader
CPU
304d
304b
Information Storage Device
Network Interface System
304e
Barcode Software
304c
Wireless Communication Device
314
Radio Transceiver
312
Transaction Requester
308b
Visual Display
keypad
308c
308b
Audible Devices
308
Device Controller
308a
Telecomm Transceiver Device
308e
306
Computer Network System
310
Telecomm Network System
305
Client Computer System
305c
Network Interface System
CPU
305a
Information Storage Device
305b
302
Transaction Management System
302a
Speech Services Module
302c
Network Interface System
CPU
302d
Information Storage Device
302e
Barcode Software
302b

FIG. 4



FIG. 5



FIG. 6



400
Wireless Communication Device
408
414
414
412
Transaction Fulfillment System
Radio Transceiver
Radio Transceiver
Transaction Requester
404a
Barcode Reader
408c
Visual Display
CPU
404
404d
404b
408b
Audible Output Component
Information Storage Device
Network Interface System
Device Controller
408a
404e
Data Transceiver Device
Barcode Software
404c
408d
406
Computer Network System
Wireless Data Network System
405
410
Client Computer System
405c
402
Network Interface System
Transaction Management System
402a
Barcode Software
CPU
402c
405a
CPU
402d
Information Storage Device
Network Interface System
Information Storage Device
405b
402b

FIG. 7



FIG. 8



FIG. 9



FIG. 10

US 7,933,589 B1

**1**

## METHOD AND SYSTEM FOR FACILITATION OF WIRELESS E-COMMERCE TRANSACTIONS

### CROSS REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of U.S. Provisional Patent Application Ser. No. 60/217,997 filed Jul. 13, 2000 entitled "MIXED-MODE INTERACTION/MOBILE PHONE BAR CODE ET AL," of common assignee herewith.

### BACKGROUND

The disclosures herein relate generally to mobile electronic commerce, and more particularly to methods and systems for facilitation of wireless e-commerce transactions.

Mobile e-commerce is expected to grow at a tremendous rate. The sheer scale of the opportunity is impressive. The number of Internet-enabled mobile devices is expected to exceed the number of PCs by 2003. It is predicted that by 2004 the majority of e-commerce purchases will be made though wireless communication devices.

With the convergence of location information and wireless access to the Internet, users of wireless communication devices will be able to receive product offerings relevant to their location and interests. This will open up a whole new method for targeting customers with advertising. A key area of interest in wireless e-commerce is the communication of targeted ads to the wireless devices. However, to take full advantage of wireless e-commerce, users will need to be in a position to act on such advertisements in a real time manner. This will require that transactions to be made using a wireless communication device in concert with receiving an advertisement for a product or service.

There are several barriers, however, that must be overcome to make such wireless e-commerce transactions commonplace. One such barrier to wireless transactions being widely accepted is security. For wireless transactions to be embraced, systems must be in place for preventing unauthorized purchases on a user's wireless account. Such security measures are even more important in the case of a wireless communication device, due to situations such as the wireless communication device being lost or stolen. Because wireless communication devices are significantly less secure than non-portable communication devices, steps must be taken to provide an elevated degree of security. However, present e-commerce security solutions are limited in their ability to provide effective and efficient solutions for facilitating secured wireless e-commerce transactions.

Another barrier that must be overcome to make wireless e-commerce transactions commonplace is tying e-commerce transactions to "real world" products and services. For example, if an authorized user of a wireless communication device purchases a movie ticket for a show at a particular theater using her wireless communication device, systems must be in place for notifying the theater that the ticket has been purchased by an authorized user. Furthermore, systems must be in place for permitting the authorized user of the wireless communication device to obtain entry to the theater and the show once at the theater.

Present solutions for tying e-commerce transactions to real world products are inconvenient and time-consuming. As a result, they offset much of the convenience of facilitating a wireless e-commerce transaction. For example, one present solution for tying an e-commerce transaction to a corresponding real word product requires that a printed confirmation,

**2**

such as a receipt, pass or ticket, be printed out on a printer. Such a solution requires that the printed confirmation be generated at a physical location. The printed confirmations often include non-standardized barcodes that are processed at the merchant's location. Typically, the printed confirmation needs to be generated at a location different than the location where the wireless e-commerce transaction is performed.

Accordingly, what is needed is a method for enabling wireless e-commerce transactions to be facilitated and fulfilled in a secure and convenient manner.

### SUMMARY

One embodiment of a method for facilitating a wireless transaction includes receiving, by a wireless communication device, a first transaction code and displaying the first transaction code on a visual display of the wireless communication device.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a flowchart illustrating an embodiment of a method for facilitating a wireless transaction.

FIG. **2** is a flowchart illustrating an embodiment of a method for facilitating authentication of a spoken authentication code of a transaction requester.

FIG. **3**A is a flow chart illustrating an embodiment of a method for facilitating fulfillment of a wireless transaction, wherein transaction code verification is completed by a transaction management system.

FIG. **3**B is a flow chart illustrating an embodiment of a method for facilitating fulfillment of a wireless transaction, wherein transaction code verification is completed by a transaction fulfillment system.

FIG. **4** is a block diagram illustrating an embodiment of a system for facilitating a wireless transaction using a telephonic-type wireless communication device.

FIG. **5** is a diagrammatic view illustrating an embodiment of a telephonic-type wireless communication device.

FIG. **6** is a block diagram illustrating an embodiment of operations for carrying out a wireless transaction using the system illustrated in FIG. **4**.

FIG. **7** is a block diagram illustrating an embodiment of a system for facilitating fulfillment of a wireless transaction using a non-telephonic type wireless communication device.

FIG. **8** is a diagrammatic view illustrating an embodiment of a non-telephonic type wireless communication device.

FIG. **9** is a block diagram illustrating an embodiment of operations for carrying out a wireless transaction using the system illustrated in FIG. **7**.

FIG. **10** is a block diagram illustrating another embodiment of operations for carrying out a wireless transaction using the system illustrated in FIG. **7**.

### DETAILED DESCRIPTION

An embodiment of a method for facilitating a wireless transaction is illustrated in FIG. **1**. At a box **100**, the method includes an operation of facilitating a requester authenticated transaction request. At a box **200**, the method includes an operation of facilitating wireless communication device enabled transaction fulfillment.

By wireless transaction, it is meant that the transaction is requested and fulfilled through the use of a wireless communication device. By wireless communication device enabled transaction fulfillment, it is meant that the wireless communication device is used for facilitating fulfillment of the actual

**3**

products or services requested. Internet enabled wireless telephones, Internet enabled wireless personal digital assistants (wPDA's) and wireless enabled laptop computers illustrate examples of suitable wireless communication devices capable of connecting with and communicating through a computer network system, such as the Internet. Broadly speaking, the wireless communication devices discussed herein are wireless communication devices capable of accessing a public computer network, a private computer network or both.

As described below in greater detail, an apparatus for facilitating the methods and operations disclosed herein may include functional systems, such as a transaction management system and a transaction fulfillment system. The transaction requester utilizes a wireless communication device for communicating information to and from the transaction management system and the transaction fulfillment system.

Two or more of the functional systems of the apparatus, such as the transaction management system and the transaction fulfillment system, may be located at a remote location from each other. However, in some applications, it may be advantageous for the functional systems to be located at the same physical location. In these applications, it may also be advantageous for a single integrated hardware system comprising the transaction management system and the transaction fulfillment system.

The portability of wireless communication devices requires that sufficient security measures be in place to insure that the transaction requester is an authorized user of the wireless communication device. The intent of such security measures is to insure that an unauthorized user of the wireless communication device cannot facilitate a transaction using the wireless communication device. Accordingly, it is advantageous that the method for facilitating the wireless transaction includes an operation for verifying that the transaction requester is an authorized user of the wireless communication device.

An embodiment of a method for performing the operation of facilitating the requester authenticated transaction request, the box **100** in FIG. **1**, is illustrated in FIG. **2**. At a box **102**, the method includes receiving, at the transaction management system, a transaction request from a wired or a wireless communication device of a transaction requester. At a box **104**, the identity of the transaction requester is authenticated. At a box **106**, a first transaction barcode (FTB) is communicated to the wireless communication device. Depending on the configuration of the system architecture employed for carrying out the method **100**, the FTB may be communicated from the transaction management system or the transaction fulfillment system.

The FTB illustrates a first example of an optically scannable transaction code used to facilitate fulfillment of the transaction request. In subsequent operations disclosed herein, the FTB is displayed on a visual display of the wireless communication device for being optically scanned by a component of the transaction fulfillment system for enabling full or partial fulfillment of the transaction request.

Voice authentication illustrates one example of a suitable technique for performing the operation of verifying the identity of the transaction requester at the box **104**. A method for performing the operation of voice authentication of the transaction requester includes receiving, at a box **104***a*, a spoken transaction requester authentication code. It is contemplated that the spoken authentication code can be received from a wired telephone or the wireless communication device. At a box **104***b*, an operation of comparing the spoken transaction requester authentication code is performed. At a box **104***c*, an

**4**

operation is performed for determining a match between the spoken transaction requester authentication code and an authentic voice print for an authorized user of the wireless communication device.

An example of voice authentication includes the user of a wireless phone calling into a secure server and speaking their phone number. The spoken telephone number illustrates an example of the spoken transaction requester authentication code. The spoken telephone number is then compared to an authentic voice print of an authorized user of the wireless communication device. If the spoken transaction requester authentication code matches the authentic voice print, the transaction requester is permitted to continue with fulfillment of the transaction.

An embodiment of a method for performing the operation of facilitating wireless communication device enabled transaction fulfillment, the box **200** in FIG. **1**, is illustrated in FIG. **3**A. The method for the embodiment illustrated in FIG. **3**A is best suite for being facilitated by a system in which verification of transaction codes is performed at the transaction management system. At a box **201**, the FTB is received by the wireless communication device. At a box **202**, the FTB is scanned from the wireless communication device. At a box **204**, the FTB is verified. Verifying the FTB includes decoding the scanned FTB at a box **204***a*, communicating the decoded FTB to the transaction management system at a box **204***b* and correlating the decoded FTB to a first transaction fulfillment event at a box **204***c*. At a box **206**, the first transaction fulfillment event is performed.

At a box **208**, a second transaction barcode (STB) is received by the wireless communication device. At a box **210**, the STB is scanned from the wireless communication device. At a box **212**, the STB is verified. Verifying the STB includes decoding the scanned STB at a box **212***a*, communicating the decoded STB to the transaction management system at a box **212***b* and correlating the decoded STB to a first transaction fulfillment event at a box **212***c*. At a box **214**, the second transaction fulfillment event is performed.

The first and second fulfillment events may be physical events or informational events. Activating a turnstile at a movie theater illustrates an example of a physical event. Communicating directions to a hotel illustrates an example of an informational event.

Another embodiment of a method for performing the operation of facilitating wireless communication device enabled transaction fulfillment, the box **200** in FIG. **1**, is illustrated in FIG. **3**B. The method illustrated in FIG. **3**B is best suited for being facilitated by a system in which verification of transaction codes is performed at the transaction fulfillment system. At a box **201'**, the FTB is received by the wireless communication device. At a box **202'**, the FTB is scanned from the wireless communication device. At a box **204'**, the FTB is verified. Verifying the FTB includes decoding the scanned FTB at a box **204***a'*, correlating the decoded FTB to a first transaction fulfillment event at a box **204***b'* and communicating a first fulfillment verification (FFV) to the transaction management system at a box **204***c*. Fulfillment verifications may be used by the transaction management system for coordinating operations, such as removing the requested transaction from a list of available transactions. At a box **206**, the first transaction fulfillment event is performed.

At a box **208'**, a second transaction barcode (STB) is received by the wireless communication device. At a box **210'**, the STB is scanned from the wireless communication device. At a box **212**, the STB is verified. Verifying the STB includes decoding the scanned STB at a box **212***a'*, correlating the decoded STB to a first transaction fulfillment event at

5

a box **212**$b'$ and communicating a second fulfillment verification (SFV) to the transaction management system at a box **212**$c'$. At a box **214'**, the second transaction fulfillment event is performed.

An embodiment of a transaction apparatus **300** for carrying out the methods of FIGS. **1**-**3**B using a telephonic type wireless communication device is illustrated in FIG. **4**. The transaction apparatus **300** includes a transaction management system **302** coupled to a transaction fulfillment system **304** and an client system **305**. It is also contemplated that in some applications it may be advantageous for the client computer system to be omitted from or discrete from the transaction apparatus **300**. The transaction management system **302** is coupled to the transaction fulfillment system **304** through a computer network system **306**. A wireless communication device **308** is coupled to the transaction management system **302** and to the transaction fulfillment system **304** through a telecommunications network system **310**. A transaction requester **312** utilizes the wireless communication device **308** for communicating with the transaction management system **302** and the transaction fulfillment system **304**.

A transport control protocol/Internet protocol (TCP/IP) computer network system illustrates an example of the computer network system **306**. A suitable TCP/IP computer network system is a global computer network such as the Internet.

The telecommunications network system **310** includes a wireless telecommunications network and a wired telecommunications network. The telecommunication network system **310** enables communication of voice and data information to and from the transaction management system **302** and the transaction fulfillment system **304**. The telecommunications networks of Sprint, AT&T, and Southwestern Bell illustrate examples of the telecommunication network system **310**.

The transaction management system **302** includes a central processing unit (CPU) **302**$a$, an information storage device **302**$b$, a network interface system **302**$c$, speech services module **302**$d$ and barcode software **302**$e$. A network server or a workstation comprise the CPU **302**$a$. A Dell PowerEdge™ series server illustrates an example of a suitable commercially available network server. A Dell Precision™ series workstation illustrates an example of a suitable commercially available workstation.

The information storage device **302**$b$, such as a disk drive, is coupled to the CPU **302**$a$ for storing information in non-volatile memory. A Dell PowerVault™ series storage device illustrates an example of a suitable information storage device **302**$b$. Fulfillment information, barcode information and authentic voice prints illustrate examples of information retrieved from the information storage device **302**$b$.

The network interface system **302**$c$ is coupled to the CPU **302**$a$ for facilitating the communication of information between the transaction management system **302**, the computer network system **306** and the wireless communication device **308**. A suitable network interface system includes a router such as, for example, a Cisco Systems 7200 series unit coupled to a data service unit/channel service unit (hereinafter referred to as a DSU/CSU) such as, for example, an ADC Kentrox D-Serv™ series unit.

The speech services module **302**$d$ enables communication of voice signals between the wireless communication device **308** and the transaction management system **302**. The speech services module **302**$d$ includes components such as hardware and software for enabling voice communication.

Voice authentication is a desirable technique for verifying the identity of the transaction requester. Wireless communi-

6

cation devices are not well suited for entering alpha information. Spoken authentication codes can be effectively and conveniently communicated from a wireless communication device such as a wireless telephone. Accordingly, the use of voice authentication reduces the difficulty in submitting identity verification information.

Voice authentication technologies are commercially available from a number of sources. One example of a suitable voice authentication is Nuance Verifier 2.0 offered by Nuance Communications. Nuance Verifier is tightly integrated with Nuance 7.0 speech recognition software to ensure an exceptional level of user convenience and security. Users are recognized and authenticated simultaneously, shortening overall call duration, and eliminating the need for users to remember personal identification numbers and passwords.

The tight integration of voice authentication and speech recognition technologies enables Nuance Verifier 2.0 to take advantage of unique distributed architecture associated with the Nuance platform. This architecture supports simultaneous load balancing of speech recognition, natural language understanding, voice authentication, and text-to-speech resources. It ensures optimal usage of every server CPU in the network, thus minimizing the amount of hardware required, and the associated cost, for a given speech system.

SpeakEZ™ voice print speaker verification software offered by T-Netix Incorporated illustrates another example of voice authentication software. Smart Tone Technologies Incorporated offers proprietary software for enabling positive voice identification over wired and cellular telephones and in Internet applications. Both of these software offerings illustrate additional examples of voice authentication software that may be incorporated into the speech services module **302**$d$.

The SpeakEZ voice print speaker verification functionality has been incorporated into a number of commercially available software development tool kits and interactive voice response (IVR) systems. These types of development tool kits and IVR systems are suitable for providing the transaction management system **302** with voice authentication functionality. Examples of commercially available software development tool kits and IVR systems incorporating SpeakEZ voice print speaker verification include the following. BioNetrix has integrated SpeakEZ voice print speaker verification into its BioNetrix Authentication Suite. Envoy Incorporated has integrated SpeakEZ voice print speaker verification into a number of its computer telephony development tool kits. IBM has integrated SpeakEZ voice print speaker verification into its DirectTalk/6000 and DirectTalk/2 IVR systems. Periphonics Corporation has integrated SpeakEZ voice print speaker verification into its VPS family of IVR systems.

The barcode software **302**$e$ enables encoding and decoding of barcodes. The barcode software **302**$e$ is accessible by the CPU **302**$a$ from a computer readable medium, such as a compact disk, disk drive or network connection. Commercially available barcode software from Omniplanar Incorporated, Peernet Incorporated and RVB Systems Group illustrate examples of the barcode software **302**$e$.

The transaction fulfillment system **304** includes a central processing unit (CPU) **304**$a$, an information storage device **304**$b$, a network interface system **304**$c$, a barcode reader **304**$d$, and barcode software **304**$e$. A network server or a workstation comprise the CPU **304**$a$. A Dell PowerEdge™ series server illustrates an example of a suitable commercially available network server. A Dell Precision™ series workstation illustrates an example of a suitable commercially available workstation.

7

The information storage device **304***b*, such as a disk drive unit, is coupled to the CPU **304***a* for storing information in non-volatile memory. A Dell PowerVault™ series storage device s an example of a suitable information storage device **304***b*. Fulfillment reply information, product information, and barcode information illustrate examples of information that may be retrieved from the information storage device **304***b*.

The network interface system **304***c* is coupled to the CPU **304***a* for facilitating the communication of information between the transaction fulfillment system **304**, the computer network system **306** and the wireless communication device **308**. A router such as, for example, a Cisco Systems 7200 series unit coupled to a data service unit/channel service unit (hereinafter referred to as a DSU/CSU) such as, for example, an ADC Kentrox D-Sery™ series unit illustrates an example of the network interface system **304***c*. Depending on the volume of transaction requests fulfilled through the transaction fulfillment system **304**, a network interface card ("NIC") and a modem illustrate two other examples of suitable network interface system **304***c*.

The bar code reader **304***d* enables transaction codes, such as barcodes, to be optically scanned and decoded. The barcode reader **304***d* is coupled to the CPU **304***a* for communicating a scanned representation of a barcode to the CPU **304***a*. Several commercially available barcodes are offered by Metrologic Incorporated. Metrologic offers a Fixed-mount Scanner under the model no. S700I and an in-counter scanner under the model no. MS860.

The barcode software **302***e* enables encoding and decoding of barcodes. The barcode software **302***e* is accessible by the CPU **302***a* from a computer readable medium, such as a compact disk, disk drive or network connection. Barcode software that is commercially available from Omniplanar Incorporated, Peernet Incorporated and RVB Systems Group illustrate examples of the barcode software **302***e*.

The client computer system **305** is the system of the entity that offers the product or service requested in the transaction request. The client computer system **305** communicates with the transaction management system **302** and the transaction fulfillment system **304** to facilitate the transaction. The client system **305** includes a network interface a CPU **305***a*, an information storage device **305***b* and a network interface device **305***c*. The CPU **305***a* is coupled to the information storage device **305***b* for storing information, such as product and service information, in non-volatile memory. The network interface device **305***c* is coupled between the CPU **305***a* and the computer network system **306** for enabling communication therebetween.

The wireless communication device **308** includes a device controller **308***a*, audible devices **308***b*, a keypad **308***c*, a visual display **308***d* and a transceiver **308***e*. The device controller **308***a* is capable of controlling and integrating the operation of audible devices **308***b*, the keypad **308***c*, the visual display **308***d* and the transceiver **308***e*. The audible devices **308***b*, such as a microphone and a speaker, permit the transaction requester **312** to submit and hear spoken information. The keypad **308***c* permits the transaction requester **312** to submit keyed-in information. The visual display **308***d* permits the transaction requester **312** to view visual information being received by and communicated from the wireless communication device **308**.

The transceiver **308***e* is capable of enabling the communication of voice and data information between the wireless communication device **308** and the telecommunications network system **310**. In this manner, information is communicated to and from the transaction management system **302**

8

and the transaction fulfillment system **304**. In the embodiment of the system architecture illustrated in FIG. **4**, voice and data information is communicated to and from the transaction management system **302**, and only data information is communicated to and from the transaction fulfillment system.

As illustrated in FIG. **5**, the wireless communication device **308** includes a scrolling device **308***e*. A user interface **308***f* is displayable on the visual display **308***d* of the wireless communication device **308**. Using the scrolling device **308***e*, a desired transaction code name **308***g* is selected from a list of transaction code names **308***h* displayed on the visual display **308***d*. An optically scannable transaction code **308***i* is displayed on the visual display **308***d* in response to selecting the desired transaction code name **308***g*.

A wireless application protocol (WAP) enabled wireless telephone illustrates an example of the wireless communication device **308**. In addition to WAP enabled wireless telephones and devices, wireless communication devices operating under other wireless protocols such as imode, sms and hdml may be utilized with the methods and systems disclosed herein. Wireless telephones capable of accessing computer networks, such as the Internet, are commercially available from several wireless telephone manufacturers.

The transaction apparatus **300** of FIG. **4** permits wireless transaction to be carried out by telephonic-type wireless communication devices, such as telephone enabled wireless telephones. However, by replacing the telecommunication network system with a wireless local area network system or adding a wireless local area network system to the transaction apparatus **300**, the transaction apparatus **300** may be used for facilitating a wireless transaction using a non-telephonic Internet enabled telephonic communication device, such as a wireless PDA. When carrying out transaction requests with such a non-telephonic wireless communication device, authentication of the transaction requester may be more effectively achieved by known data password techniques rather than voice authentication.

The transaction apparatus **300**, FIG. **4**, is capable of enabling communication directly between a transaction fulfillment system **304** and a wireless communication device **308**. To this end, the transaction fulfillment system **304** and the wireless communication device **308** each include a low power short range digital radio **314** integrated therein. Each digital radio **314** includes a radio transceiver for enabling voice and data information to be communicated between the transaction fulfillment system **304** and the wireless communication device **308** without being communicated through the computer network system **306** or the telecommunication network system **310**. The speed of information transfer between the transaction fulfillment system **304** and the wireless communication device **308** is significantly increased by eliminating the need to communicate such information through the computer network system **306** and the telecommunication network system **310**.

A Bluetooth™ radio illustrates one example of the digital radio **314**. Bluetooth radios are based on a radio specification governed by the Bluetooth Special Interest group. The specification defines the standards for a tiny microchip that comprise a radio transceiver. Accordingly, Bluetooth radios are built into digital devices, such as cellular telephones, PDA, portable computers, etc.

The Bluetooth radio makes communication of information nearly instant. It facilitates fast and secure transmissions of both voice and data, even when the devices are not within line-of-sight. The transceivers operates in a globally available frequency band, ensuring compatibility worldwide. The Ericsson R520 wireless telephone illustrates an example of a

US 7,933,589 B1

**9**

Bluetooth enabled wireless telephone. The R520 telephone is a triple mode phone with GPRS, Bluetooth radio, WAP capabilities.

A key aspect of the system and method embodiments disclosed herein is the ability and functionality associated with optically scanning transaction codes from the visual display of the wireless communication device. Optical scanning of transaction codes facilitates a convenient and secure technique for allowing fulfillment of real world products and services from a wireless transaction. The transaction requester must simply pass the visual display of the wireless communication device over the barcode reader of the transaction fulfillment system to act on fulfillment of the wireless transaction.

Many wireless communication devices, such as wireless telephones and wPDA's, have relatively small visual displays. As a result, optically scannable code communicated to the wireless communication devices must be relatively compact. One-dimensional barcodes and truncated two-dimensional barcodes illustrate examples of suitable barcodes for being communicated to devices having visual displays that are capable of displaying bitmap images. It is anticipated that over time most commercially available wireless communication devices will be capable of displaying larger barcodes, such as two-dimensional barcodes. One of the advantages of a two-dimensional barcode is the ability to embed several thousand bytes of information in the barcode.

Bar codes configured according to Code 128 Specification illustrates an example of a bar code configuration that is well suited for small visual displays of wireless telephones. Furthermore, most barcode readers in use today are capable of reading Code 128 barcodes. Code 128 barcodes are a very high-density alphanumeric symbology. The symbol can be as long as necessary to store the encoded data. It is designed to encode all 128 ASCII characters, and will use the least amount of space for data of 6 characters or more of any 1-D symbology. Each data character encoded in a Code 128 symbol is made up of 11 black or white modules. The stop character, however, is made up of 13 modules. Three bars and three spaces are formed out of these 11 modules. Bar and spaces can vary between 1 and 4 modules wide.

Presently, several commercially available wireless communication devices are not suitable capable of displaying bitmap images. A solution for communicating an optically scannable code to these types of wireless communication devices is to communicate a type of "hash code" to these of devices. One example of a hash code includes a string of forward slashes (/), representing a binary 1, and backward slashes (\), representing a binary 0. Suitable software would be required for decoding these types of code.

As illustrated in FIG. **4**, the transaction management system (TMS) **302**, transaction fulfillment system (TFS) **304**, the client computer system (CCS) **305** and the wireless communication device (WCD) **308** are coupled in a manner for communicating information therebetween. In this embodiment, verification of the transaction barcodes and communication of the transaction barcodes are facilitated by the TMS **302**. Furthermore, communication for determining the desired transaction is facilitated by the TMS **302**.

Referring to FIG. **6**, an operation A of receiving, at the TMS **302**, a transaction request from the WCD **308** is performed. After receiving the transaction request, an operation B of communicating a request for a spoken transaction requester authentication code (TRAC) from the TMS **302** to the WCD **308** is performed. The request for the spoken TRAC is intended to initiate an operation C of receiving, at the TMS **302**, a spoken TRAC from the WCD **308**. An operation D of

**10**

communicating a requester authentication message (RAM) from the TMS **302** to the WCD **308** initiates an operation E of communicating a first transaction barcode (FTB) to the WCD **308**. The request authentication message confirms that the transaction request is approved and that the FTB has been communicated. The TFS **304** and the TMS **302** may interact with the CCS **305** to facilitate and enable fulfillment of the transaction request.

An operation F of scanning the FTB is performed after the operation E. In response to scanning the FTB, an operation G of receiving, at the TMS **302**, a decoded representation of the FTB from the TFS **304** is performed. After receiving the decoded representation of the FTB and in response to the FTB being verified, an operation H of communicating a second transaction barcode (STB) from the TMS **302** to the WCD **308** is performed. A first fulfillment event is typically also performed in response to the FTB being verified. An operation I of scanning the STB is performed after the operation H. In response to scanning the STB, an operation J of receiving, at the TMS **302**, a decoded representation of the STB from the TFS **304** is performed. After receiving the decoded representation of the STB and in response to the STB being verified, an operation K of communicating a transaction fulfillment message (TFM) from the TMS **302** to the WCD **308** is performed. A second fulfillment event is typically performed in response to the FTB being verified. Communication of the TFM may be part of the second fulfillment event.

After scanning and decoding the FTB and the STB, internal operations are conducted by the TFS **304**, the TMS **302** or both. One such internal operation is communicating with a client computer system for enabling facilitation of the requested transaction. The TMS **302**, the TFS **304** or both may use the fulfillment verification to initiate subsequent internal operations, such as removing a particular transaction offering from being available to transaction requesters.

The first and second transaction barcodes enables the transaction requester to act on fulfillment of the real world products or services requested in the transaction request. Renting and taking possession of a rental car using a cellular telephone represents a viable commercial implementation of the methods disclosed herein, the system illustrated in FIG. **4** and the operations described in reference to FIG. **7**.

EXAMPLE 1

Car Rental

A transaction requester who will be travel by plane to a different city uses his Internet enabled wireless telephone for renting a car for use during his trip. To this end, he contacts the TMS using his wireless telephone. He then interacts with a transaction requester user interface (TRUI) of his wireless telephone for communicating car rental information to and from car rental information from the TMS. The car rental information includes typical car rental information, such as rental dates, the type of car, etc. The TMS interacts with the OCS to complete the transaction request. For example, the TMS may interact with the OCS to determine whether the selected type of vehicle is available on the desired days. After he completes the transaction request, his identity is authenticated using voice authentication techniques, such as those described herein.

After authenticating his identity, a FTB is communicated to his wireless telephone. When he arrives at the air port of the city he is traveling to, he accesses the TRUI for retrieving the FTB. He then passes the wireless telephone over one of many barcode readers of the TFS that are located throughout the

US 7,933,589 B1

**11**

airport. By doing so, the FTB is optically scanned from the visual display of his wireless telephone. By scanning the FTB, he has confirmed with the TFS that he has arrived at the airport and expects the car to be ready. After scanning the FTB, a STB is communicated to his wireless telephone.

He then makes his way to the car rental lot. Once at the car rental lot, he accesses the TRUI for retrieving the STB. After retrieving the STB, he optically scans the STB from the visual display of his wireless telephone using a barcode reader that is located at the car rental lot. By scanning the STB, he has confirmed with the TFS that he has arrived at the car rental lot and is ready to take possession of the rental car. After scanning the STB, a TFM may be communicated to his wireless telephone. In such an instance, the TFM includes information, such as direction to his hotel, information about the city, etc.

This example illustrates the convenience and time savings associated with using the methods and systems disclosed herein for renting a car when traveling. The advantages are especially significant to business travelers, as their schedules often change on short notice. However, the advantages associated with these methods and systems afford travelers of all types with a means of maintaining a tight travel schedule.

An embodiment of a transaction apparatus for carrying out the methods of FIGS. **1-3** using a non-telephonic wireless communication device is illustrated in FIG. **7**. The transaction apparatus **400** includes a transaction fulfillment system **402** coupled to a transaction fulfillment system **404** and to a client computer system **405**. It is also contemplated that in some applications it may be advantageous for the client computer system to be omitted from or discrete from the transaction apparatus **400**. The transaction management system **402** is coupled to the transaction fulfillment system **404** through a computer network system **406**.

A wireless communication device **408**, such as a wireless personal digital assistant, communicates with the transaction management system **402** and the transaction fulfillment system **404** through a wireless data network system **410** and the computer network system **406**. A transaction requester **412** utilizes the wireless communication device **408** for communicating with the transaction management system **402** and the transaction fulfillment system **404**.

The wireless data network system **410** is a network system for providing wireless connectivity of non-telephonic wireless communication devices. The wireless data network system **410** may include a wireless local area network, a device specific wireless network or both. Examples of non-telephonic wireless communication devices include notebook computers including wireless modems and wireless PDA's.

The Cisco® Aironet™ wireless local area network illustrates an example of the wireless local area network system **410**. The Aironet wireless LAN system includes an Aironet 340 family of access points. The access point acts as a bridge integrate wireless functionality into a wired infrastructure. The Aironet wireless LAN system also includes an Aironet 340 Series family of client adapters. One example of a client adapter is an Aironet wireless data modem that plugs into a PCMCIA connector of a portable computer. The wireless data modem permits the portable computer to communicate with a network computer system such as the Internet via the Aironet 340 Series access point.

The PalmNet™ illustrates an example of a device specific wireless network. The PalmNet provides wireless connectivity of PDA's offered by Palm Computing Corporation. Through the PalmNet, users of Palm Computing PDA's can communicate information through a global computer network system such as the Internet.

**12**

The transaction management system **402** includes a central processing unit (CPU) **402**$a$, an information storage device **402**$b$, a network interface system **402**$c$ and barcode software **402**$d$. A network server or a workstation, such as those identified above in reference to FIG. **4**, comprise the CPU **402**$a$. The information storage device **402**$b$, such as that identified above in reference to FIG. **4**, is coupled to the CPU **402**$a$ for storing information in non-volatile memory. Fulfillment information, barcode information and transaction requester passwords illustrate examples of information that may be retrieved from information storage device **402**$b$.

The network interface system **402**$c$, such as that identified above in reference to FIG. **4**, is coupled to the CPU **402**$a$ for facilitating the communication of information between the transaction management system **402**, the computer network system **406** and the wireless communication device **408**. The barcode software **402**$d$, such as that indicated above in reference to FIG. **4**, enables encoding and decoding of barcodes. The barcode software **402**$d$ is accessible by the CPU **402**$a$ from a computer readable medium, such as a compact disk, disk drive or network connection.

The transaction fulfillment system **404** includes a central processing unit (CPU) **404**$a$, an information storage device **404**$b$, a network interface system **404**$c$, a barcode reader **404**$d$, and barcode software **404**$e$. The transaction fulfillment system **404** includes a central processing unit (CPU) **404**$a$. A network server or workstation, such as those identified above in reference to FIG. **4**, comprise the CPU **404**$a$. The information storage device **404**$b$, such as that identified above in reference to FIG. **4**, is coupled to the CPU **404**$a$ for storing information in non-volatile memory. Fulfillment reply information, transaction codes, product information, and barcode information illustrate examples of information that may be retrieved from the information storage device **404**$b$.

The network interface system **404**$c$, such as that identified above in reference to FIG. **4**, is coupled to the CPU **404**$a$ for facilitating the communication of information between the transaction fulfillment system **404**, the computer network system **406** and the wireless communication device **408**. The bar code reader **404**$d$, such as that identified above in reference to FIG. **4**, enables barcodes to be optically scanned and decoded. The barcode reader **404**$d$ is coupled to the CPU **404**$a$ for communicating a scanned representation of a barcode to the CPU **404**$a$.

The barcode software **404**$e$, such as that identified above in reference to FIG. **4**, enables the encoding and decoding of barcodes. The barcode software **404**$e$ is accessible by the CPU **402**$a$ from a computer readable medium, such as a compact disk, disk drive or network connection.

The client system **405** is the system of the entity that offers the product or service requested in the transaction request. The client computer system **405** communicates with the transaction management system **402** and the transaction fulfillment system **404** to facilitate the transaction. The client system **405** includes a network interface a CPU **405**$a$, an information storage device **405**$b$ and a network interface device **405**$c$. The CPU **405**$a$ is coupled to the information storage device **405**$b$ for storing information, such as product and service information, in non-volatile memory. The network interface device is coupled between the CPU **405**$a$ and the computer network system **406** for enabling communication therebetween.

The wireless communication device **408** includes a device controller **408**$a$, an audible output component **408**$b$, a touch screen-type visual display **408**$c$ and a data transceiver **408**$d$. The device controller is capable of controlling and integrating the operation of the audible output component **408**$b$, the

US 7,933,589 B1

**13**

touch screen-type visual display **408***c* and the data transceiver **408***d*. The audible output component **408***b*, such as a speaker, permit the transaction requester to hear spoken information. The touch screen type visual display **408***c* permits the transaction requester **412** to input information by touching the visual display **408***c*, by writing on the visual display **408***c* or both.

The data transceiver **408***d* is capable of enabling the communication of data information between the wireless communication device **308**, the transaction management system **402** and the transaction fulfillment system **404**. The transceiver may also be capable of communicating voice information between the wireless communication device **308** and the wireless local area network system **410**. In this manner, information is communicated between the wireless communication device **408**, the transaction management system **402** and the transaction fulfillment system **404**.

As illustrated in FIG. **8**, the visual display **408***c* of the wireless communication device **308** includes a touch screen type visual display. A user interface **408***e* is displayable on the visual display **408***c* of the wireless communication device **408**. Using a suitable physical pointing device, a desired transaction code name **408***f* is selected from a list of transaction code names **408***g* displayed on the visual display **408***c*. An optically scannable transaction code **408***h* is displayed on the visual display **408***c* in response to selecting the desired transaction code name **408***f* A wireless personal digital assistant illustrates an example of the wireless communication device **408**.

As illustrated in FIG. **7**, the transaction management system (TMS) **402**, transaction fulfillment system (TFS) **404**, the client computer system (CCS) **405** and the wireless communication device (WCD) **408** are coupled in a manner for communicating information therebetween. In this embodiment, verification of the transaction barcodes and communication of the transaction barcodes are facilitated by the TFS **404**. Communication for determining the desired transaction is facilitated by the TMS **402**. Referring to FIG. **9**, an operation A' of receiving, at the TMS **402**, a transaction request from the WCD **408** is performed. After receiving the transaction request, an operation B' of communicating a request for a password from the TMS **402** to the WCD **408** is performed. The request for the password is intended to initiate an operation C' of receiving, at the TMS **402**, a password from the WCD **408**. An operation D' of communicating a requester authentication message (RAM) from the TMS **402** to the WCD **408** initiates an operation E' of communicating a first transaction barcode (FTB) to the WCD **408**. The RAM confirms that the transaction request is approved and that the FTB has been communicated. The TFS **404** and the TMS **402** may interact with the CCS **405** to facilitate and enable fulfillment of the transaction request. The FTB is used by the transaction requester to act on fulfillment of the real world products or services requested in the transaction request. The TFS **404** and the TMS **402** may interact with the CCS **405** to facilitate and enable fulfillment of the transaction request.

An operation F' of scanning the FTB is performed after the operation E'. In response to performing the operation F', a decoded representation of the FTB is generated at the TFS **404**. After scanning and decoding the FTB and in response to the STB being verified, an operation G' of receiving, at the TMS **402**, a first fulfillment verification (FFV) from the TFS **404** is performed. A first fulfillment event is typically also performed in response to the FTB being verified. The TMS **302**, the TFS **304** or both may use such verification to initiate

**14**

subsequent internal operations, such as removing a particular transaction offering from being selectable by the transaction requester.

After scanning the FTB, an operation H' of communicating a second transaction barcode (STB) from the TFS **404** to the WCD **408** is performed. An operation I' of scanning the STB is performed after the operation H'. In response to scanning the STB, a decoded representation of the STB is generated at the TFS **404**. After the STB is scanned and in response to the STB being verified, an operation J' of receiving, at the TMS **402**, a second fulfillment verification (SFV) from the TFS **404** is performed. A second fulfillment event is typically also performed in response to the STB being verified.

The first and second fulfillment verifications illustrates an example of fulfillment verifications. Such verifications from the TFS **404** notify the TMS **402** that the transaction has been initiated or completed. After the STB is scanned, an operation K' of communicating a transaction fulfillment message (TFM) from the TFS **402** to the WCD **408** is performed.

EXAMPLE 2

Movie Theater

A transaction requester uses her wireless PDA to purchase a ticket to a desired movie while on her way to the theater. To this end, she contacts the TMS using her wireless PDA. She then interacts with a transaction requester user interface (TRUI) of her PDA for communicating movie information to and receiving movie information from the TMS. The movie information includes typical movie information such as the name of the movie and the time of the movie. The TMS interacts with the OCS to complete the transaction request. For example, the TMS may interact with the OCS to determine whether seats are remaining for the desired movie at a desired time. After completing the transaction request, her identity is authenticated in response to her keying in her password.

After authenticating her identity, a FTB is communicated to her PDA. When she arrives at the theater, she accesses the TRUI for retrieving the FTB. She then passes the FTB over a barcode reader that is located at the entrance of the theater. In this manner, the FTB is optically scanned from the visual display of her PDA. Scanning the FTB activates a first turnstile allowing her to gain entry into the lobby of the theater. In some instances, it may also activate a ticket dispenser in the turnstile to dispense a physical ticket for the specified movie. After scanning the FTB, a STB is communicated to her PDA.

She then makes her way toward the auditorium portion of the theater. To gain access to the auditorium portion of the theater, she retrieves the STB. After retrieving the STB, she passes the PDA over a barcode reader that is located at the entrance of the auditorium portion of the theater. Scanning the STB activates a second turnstile allowing her to gain access to the auditorium portion of the theater. After scanning the STB, a transaction fulfillment message is sent to her PDA. The transaction fulfillment message includes information such as directions to the particular auditorium her movie is in, interactive or exclusive information about the movie, etc.

This example illustrates the convenience and time savings associated with using the methods and systems disclosed herein for attending a movie. In this example, the advantages associated with these methods and systems are even more pronounced during times of high traffic at movie theaters.

FIG. **10** illustrates another embodiment of an operation flowchart for the system illustrated in FIG. **7**. In this embodiment verification of the transaction barcodes, communication

US 7,933,589 B1

**15**

of the transaction barcodes and communication for determining the desired transaction is facilitated by the TFS **404**. An operation A" of receiving, at the TMS **402**, a transaction request from the WCD **408** is performed. After receiving the transaction request, an operation B" of communicating a request for a password from the TMS **402** to the WCD **408** is performed. The request for the password is intended to initiate an operation C" of receiving, at the TMS **402**, a password from the WCD **408**. An operation D" of communicating a requester authentication message (RAM) from the TMS **402** to the WCD **408** initiates an operation E" of communicating the transaction request from the TMS **402** to the TFS **404**. The RAM confirms that the password is approved. In this embodiment, the transaction request is communicated to the TFS **404** for enabling fulfillment of the transaction request by the TFS **404**. The TFS **404** and the TMS **402** may interact with the CCS **405** to facilitate and enable fulfillment of the transaction request.

An operation F" of communicating a FTB from the TFS **404** to the WCD **408** is performed after the TFS **404** receives the transaction request. The FTB is used by the transaction requester to act on fulfillment of the real world products or services requested in the transaction request. An operation G" of scanning the FTB is performed after the operation F". In response to performing the operation G", a decoded representation of the FTB is generated at the TFS **404** and a first fulfillment verification operation is completed by the TFS **404**.

After verifying the FTB, an operation H" of communicating a second transaction barcode (STB) from the TFS **404** to the WCD **408** is performed. An operation I" of scanning the STB is performed after the operation H". In response to scanning the STB, a decoded representation of the STB is generated at the TFS **404** and a second fulfillment verification operation is completed by the TFS **404**. In response to verifying the STB, an operation J" of communicating a transaction fulfillment message (TFM) from the TFS **402** to the WCD **408** is performed.

A multiple stage transaction method including the communication of two transaction codes is disclosed herein. It is contemplated and expected that the methods disclosed herein may be implemented in a manner in which a one stage transaction method or a multiple stage transaction method having three stages or more is provided. For example, in some applications, it will be advantageous to utilize a one stage transaction method in which only one transaction code, such as the first transaction code discussed herein, is communicated to the wireless communication device. It will be understood that the number of transaction codes communicated to the wireless communication device is dependent on the specific application, rather than being definitive of the systems and methods disclosed herein.

Commercial implementation of the methods and systems described herein may be accomplished in conjunction with one of many open or proprietary global specification that enables wireless communication device users to easily access and interact with information and services through the computer network systems described herein. One example of such an open global specification is the Wireless Application Protocol (WAP). WAP is designed to work with most wireless device architectures such as CDPD, CDMA, GSM, PDC, PHS, TDMA, FLEX, ReFLEX, iDEN, TETRA, DECT, DataTAC, Mobitex. Examples of WAP enabled wireless phones include the phone offered by Nokia under the model number 7110, the phone offered by Siemens under the model number S25, and the phone offered by Ericsson under the model number R380. Examples of WAP enabled wireless

**16**

PDA's include the PDA offered by 3Com under the tradename PalmPilot VII and the PDA offered by Ericsson under the model number MC218.

WAP is a communications protocol and application environment. WAP technology can be included in the operating system of most wireless communication devices, including PalmOS, EPOC, Windows CE, FLEXOS, OS/9, JavaOS etc. It provides service interoperability even between different device families. Additional details regarding the WAP can be obtained from the Wireless Application Protocol Forum Ltd. (www.wapforum.org) and from Dynamical Systems Research Ltd. (www.wap.net).

Symbian (www.symbian.com) offers a technology and hardware system under the tradename EPOC that provides a complete solution for manufacturers of wire communication devices. EPOC Release 5 includes Symbian's entire technology platform for bringing EPOC and other technology of Symbian into the heart of the wireless industry. This includes technologies for supporting integrated Internet e-mail, wireless text messaging, contacts database and schedule, Internet-standard web browser, synchronization between EPOC-based and PC-based personal information and document formats, and a high-performance implementation of a wireless application language offered by Sun Microsystems under the tradename Java. EPOC provides robustness, compactness and performance that are delivered through careful system design in programming languages including C++.

WAP gateways are applications capable of enabling Internet content to be delivered to wireless communication devices. WAP gateways include the gateways offered by Opensource, Ericsson, Apion, Mobileways, Nokia, Unwired Planet, and Edgemail.

Dynamical Systems Research offers the WAP Developer's Toolkit (WDT). WDT supports the development of WAP applications. WAP applications use Wireless Mark-Up Language (WML) and Wireless Mark-Up Language Script (WML Script). WML's are used to create WAP pages in a manner similar to how HTML is used to create web pages for the Internet/World Wide Web. WMLScript is a script language for creating and laying out actual page content.

Phone.com offers UP.SDK, a freely available software development kit accessible at www.phone.com/products/upsdk.html, that enables Web developers to quickly and easily create HDML and WML information services and applications. UP.SDK includes a software development tool referred to as the UP.Simulator that accurately simulates the behavior of an UP.Browser-enabled device. The simulator can run applications in local mode or connect to an UP.Link so developers can test the complete set of UP.Link-enabled services. Phone.com also provides a publicly available UP.Link for all developers to use freely so that they can create complete applications without the need for a handset or expensive carrier infrastructure. UP.SDK tools can be run on either Windows '95 or Windows NT (Windows 95 and Windows NT are tradenames of Microsoft Corporation).

In the preceding detailed description, reference has been made to the accompanying drawings which form a part hereof, and in which are shown by way of illustration specific embodiments in which the invention may be practiced. These embodiments, and certain variants thereof, have been described in sufficient detail to enable those skilled in the art to practice the invention. It is to be understood that other suitable embodiments may be utilized and that logical, mechanical, chemical and electrical changes may be made without departing from the spirit or scope of the invention. For example, functional blocks shown in the figures could be further combined or divided in any manner without departing

US 7,933,589 B1

17

from the spirit of scope of the invention. To avoid unnecessary detail, the description omits certain information known to those skilled in the art. The preceding detailed description is, therefore, not intended to be limited to the specific forms set forth herein, but on the contrary, it is intended to cover such alternatives, modifications, and equivalents, as can be reasonably included within the spirit and scope of the appended claims.

The invention claimed is:

**1**. A method for facilitating a wireless transaction, the wireless transaction defined by a purchase action with respect to a product or service, and a fulfillment action associated with the purchase action, the fulfillment action associated with personal bodily entry into or through a physical structure using a wireless communication device, comprising:

at a first time, receiving a wireless transaction request from a transaction requester seeking, at a second time, personal bodily entry into or through the physical structure using the wireless communications device, the wireless transaction request initiating a purchase action with respect to the product or service over a wireless communication link;

in response to the wireless transaction request and an approval of the purchase action with respect to the product or service, receiving over the wireless communication link, by the wireless communication device, a first transaction code capable of being optically scanned for authorizing the fulfillment action, the first transaction code being a two dimensional (2D) image that encodes information in two dimensions;

at the second time, optically scanning the first transaction code from the visual display of the wireless communication device to permit the personal bodily entry into or through the physical structure to partially complete the wireless transaction;

receiving over the wireless communication link, by the wireless communication device, a second transaction code capable of being optically scanned; and

at a third time distinct from the first time and the second time, optically scanning the second transaction code from the visual display of the wireless communication device to complete the wireless transaction.

**2**. The method of claim **1** wherein receiving the first transaction code includes receiving a first optically scannable transaction code, wherein the step of optically scanning the first transaction code is by a transaction fulfillment system, and wherein the transaction fulfillment system is in communication with the physical structure, with the physical structure having means for restricting physical access into or through the physical structure.

**3**. The method of claim **2** wherein receiving the first optically scannable transaction code includes receiving a first transaction barcode, and wherein the method further includes the steps of communicating a decoded representation of the scanned transaction code to the physical structure so as to activate the means for restricting physical access in order to permit personal bodily entry into or through the physical structure.

**4**. The method of claim **1**, further comprising:

communicating the first transaction code from a transaction apparatus to the wireless communication device, wherein the transaction code is representative of a ticket for physical bodily admission into or through a physical structure.

18

**5**. The method of claim **4** wherein communicating the first transaction code includes communicating the first transaction code directly from the transaction apparatus to the wireless communication device.

**6**. The method of claim **5** wherein communicating the first transaction code directly from the transaction apparatus includes communicating the first transaction code from a radio transceiver of the transaction apparatus to a radio transceiver of the wireless communication device.

**7**. The method of claim **6** wherein communicating the first transaction code from the radio transceiver of the transaction apparatus includes communicating the first transaction code from a transaction fulfillment system of the transaction apparatus.

**8**. The method of claim **1**, further comprising:

verifying the first transaction code in response to scanning the first transaction code.

**9**. The method of claim **8** wherein verifying the first transaction code includes communicating a decoded representation of the first transaction code from a transaction fulfillment system of a transaction apparatus to a transaction management system of the transaction apparatus.

**10**. The method of claim **8**, further comprising:

receiving, by the wireless communication device, the second transaction code after verifying the first transaction code.

**11**. The method of claim **10** wherein the second transaction code differs from the first transaction code.

**12**. The method of claim **10**, further comprising:

communicating the second transaction code from a transaction apparatus to the wireless communication device.

**13**. The method of claim **12** where communicating the second transaction code includes communicating the second transaction code directly from the transaction apparatus to the wireless communication device.

**14**. The method of claim **13** wherein communicating the second transaction code directly from the transaction apparatus includes communicating the second transaction code from a radio transceiver of the transaction apparatus to a radio transceiver of the wireless communication device.

**15**. The method of claim **14** wherein communicating the second transaction code from the radio transceiver of the transaction apparatus includes communicating the second transaction code from a transaction fulfillment system of the transaction apparatus.

**16**. The method of claim **10**, further comprising:

optically scanning the second transaction code from the visual display of the wireless communication device; verifying the second transaction code; and receiving, by the wireless communication device, a transaction fulfillment message.

**17**. The method of claim **16**, further comprising:

communicating the transaction fulfillment message from a transaction apparatus to the wireless communication device.

**18**. The method of claim **17** where communicating the transaction fulfillment message includes communicating the transaction fulfillment message directly from the transaction apparatus to the wireless communication device.

**19**. The method of claim **18** wherein communicating the transaction fulfillment message directly from the transaction apparatus includes communicating the transaction fulfillment message from a radio transceiver of the transaction apparatus to a radio transceiver of the wireless communication device.

**20**. The method of claim **19** wherein communicating the transaction fulfillment message from the radio transceiver of the transaction apparatus includes communicating the trans-

US 7,933,589 B1

**19**

action fulfillment message from a transaction fulfillment system of the transaction apparatus.

**21**. The method of claim **16** wherein verifying the second transaction code includes communicating a decoded representation of the second transaction code from a transaction fulfillment system of a transaction apparatus to a transaction management system of the transaction apparatus.

**22**. The method of claim **1** further comprising:

receiving, at a transaction apparatus, a transaction request from a transaction requester; verifying an identity of the transaction requester; and

communicating the first transaction code from the transaction apparatus to the wireless communication device after verifying the identity of the transaction requester.

**23**. The method of claim **22** wherein receiving the transaction request includes receiving the transaction request from the wireless communication device of the transaction requester.

**24**. The method of claim **22** wherein verifying the identity of the transaction requester includes authenticating a spoken authentication code.

**25**. The method of claim **24** wherein authenticating the spoken authentication code includes receiving, at the transaction apparatus, a spoken authentication code.

**26**. The method of claim **25** wherein receiving the spoken authentication code includes receiving the spoken authentication code from the wireless communication device.

**27**. The method of claim **24** wherein authenticating the spoken authentication code comparing the spoken authentication code to an authentic voice print of an authorized user of the wireless communication device.

**28**. A system for facilitating a wireless transaction using a wireless communication device that receives and displays one or more transaction codes, comprising:

a first subsystem:

receiving, at least in part over a wireless communication link, a wireless transaction request from a transaction requester, the wireless transaction request associated with a wireless transaction that begins with a purchase action with respect to a product or service, and that concludes with a multi-stage fulfillment action associated with the purchase action, the fulfillment action including personal bodily entry into or through a physical structure using the wireless communication device;

verifying an identity associated with the transaction requester;

approving the purchase action with respect to the product or service; and

communicating a transaction code to the wireless communication device, the transaction code being a two dimensional (2D) image that encodes information in two dimensions; and

a second subsystem coupled to the first subsystem:

at a first location and at a first time, optically scanning the transaction code from the visual display of the wireless communication device to permit personal bodily entry into or through a physical structure to partially complete the wireless transaction; and

at a second location distinct from the first location, and at a second time distinct from the first time and while the wireless transaction remains only partially complete, optically scanning the transaction code from the visual display of the wireless communication device to complete the wireless transaction and authorize personal bodily entry or through the physical structure.

**20**

**29**. The system of claim **28** wherein the first subsystem includes a speech services module for audibly verifying the identity of the transaction requester.

**30**. The system of claim **29** wherein the speech services module is capable of receiving a spoken authentication code from the wireless communication device and authenticating the spoken authentication code.

**31**. The system of claim **30** wherein the speech services module include a voice authentication system for comparing the spoken authentication code to an authentic voice print.

**32**. The system of claim **28** wherein the first subsystem is coupled to a telecommunication network system for enabling communication with the wireless communication device.

**33**. The system of claim **32** wherein the first subsystem is coupled to the telecommunication network through a computer network system.

**34**. The system of claim **28** wherein the first subsystem is coupled to a wireless data network system for enabling communication with the wireless communication device.

**35**. The system of claim **28** wherein the second subsystem includes a code scanning device for optically scanning at least the first transaction code.

**36**. The system of claim **35** wherein the code scanning device includes a bar code reader.

**37**. The system of claim **28** wherein the first subsystem is capable of decoding the first transaction code in response to optically scanning the first transaction code.

**38**. The system of claim **28** wherein the first subsystem and the wireless communication device each include a radio transceiver for enabling communication directly between the wireless communication device and the first subsystem.

**39**. A method for facilitating a wireless transaction, comprising:

at a first time, receiving a transaction request from a transaction requester using a wireless communications device, the transaction request associated with a wireless transaction defined by an authorization with respect to a product or service, and a multi-stage fulfillment action associated with the authorization, the fulfillment action including personal bodily access into a physical location or structure using the wireless communication device;

transmitting, to said wireless communication device, a transaction code in response to the authorization of the transaction request, the transaction code being a two dimensional (2D) image that encodes information in two dimensions and is configured such that it is capable of being output from the wireless communication device and optically scanned for authorizing the given action;

at a second time distinct from the first time, and only if it is determined at the second time that a user of the wireless communication device is authorized to use the transaction code transmitted to the wireless communication device to facilitate the wireless transaction, optically scanning the transaction code from the visual display of the wireless communication device to partially complete the wireless transaction; and

at a third time distinct from the first time and the second time and while the wireless transaction remains only partially complete, optically scanning the transaction code from the visual display of the wireless communication device to complete the wireless transaction and authorize personal bodily entry into the physical location or structure.

**40**. A method for facilitating a wireless transaction, comprising:

receiving, at a transaction system and at least in part over a wireless communication link, a transaction request for a

US 7,933,589 B1

21

22

user-selected wireless transaction, the transaction request associated with a wireless transaction consisting essentially of an authorization with respect to a product or service, and a multi-stage fulfillment event associated with the authorization, the fulfillment event occurring at a fulfillment location using the wireless communication device;

in response to the received user-selected transaction request, determining whether the authorization has been obtained;

if the authorization has been obtained, communicating an optically scannable transaction code from the transaction system to a wireless communication device, the optically scannable transaction code being a two dimensional (2D) image that encodes information in two dimensions and that, at a first point in time, is capable of

being scanned from the wireless communication device at the fulfillment location to partially complete the wireless transaction; and

at a second point in time and while the wireless transaction remains only partially complete, completing the wireless transaction at the fulfillment location by scanning a two dimensional (2D) image from the wireless communication device.

**41**. The method of claim **40** including the further step of reducing an available inventory associated with the product or service upon completion of the wireless transaction.

**42**. The method of claim **40** further including authenticating a user of the wireless communication device prior to seeking the authorization for the transaction request.

\*   \*   \*   \*   \*