# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **AERITAS LLC,**<br><br>  Plaintiff<br><br>v.<br><br>**FINNAIR OYI,**<br><br>  Defendant | **Case No. 6:20-cv-00639**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Aeritas LLC, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: July 15, 2020

Respectfully Submitted

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR PLAINTIFF**