AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**AERITAS, LLC,**
*Plaintiff*

V.   Civil Action No. **6:20–CV–00639–ADA**

**FINNAIR OYI,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  **Finnair Oyi**
     **Tietotie 9**
     **Vantaa, Finland**

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

> **Raymond W Mort III**
> **The Mort Law Firm, PLLC**
> **100 Congress Ave, Suite 2000**
> **Austin, TX 78701**

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

  **s/LEIGH ANNE DIAZ**
DEPUTY CLERK

**ISSUED ON 2020–07–15 16:06:19**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:20–CV–00639–ADA

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐  I personally served the summons on the individual at *(place)* _____
_____on *(date)* _____; or

☐  I left the summons at the individual's resident or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐  I returned the summons unexecuted because _____; or

☐  Other (specify): _____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____                          _____
                                                                         *Server's signature*

                                                                 _____
                                                                         *Printed name and title*

                                                                 _____
                                                                         *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____